**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **James** <br> First Name <br><br> Middle Name <br><br> **Varga** <br> Last Name <br><br> Suffix (Sr., Jr., II, III) | First Name <br><br> Middle Name <br><br> Last Name <br><br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | First Name <br><br> Middle Name <br><br> Last Name | First Name <br><br> Middle Name <br><br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _4_ _3_ _0_ _8_ <br> OR <br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9xx – xx – ___ ___ ___ ___ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and doing business as names | ☒ I have not used any business names or EINs. <br><br> Business name <br><br> Business name <br><br> Business name | ☐ I have not used any business names or EINs. <br><br> Business name <br><br> Business name <br><br> Business name |

Debtor 1    **James Varga** _____   Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
|  | ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN | ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN |
|  | ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN | ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **4215 Southcrest Dr.** <br> Number    Street | _____ <br> Number    Street |
| _____ | _____ |
| _____ | |
| **Arlington**      **TX**    **76013** <br> City        State    ZIP Code | _____ <br> City        State    ZIP Code |
| **Tarrant** <br> County | _____ <br> County |

| If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address. |
|---|---|
| _____ <br> Number    Street | _____ <br> Number    Street |
| _____ <br> P.O. Box | _____ <br> P.O. Box |
| _____ <br> City        State    ZIP Code | _____ <br> City        State    ZIP Code |

**6. Why you are choosing this district to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **James Varga** _____    Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

| District | _____ | When | _____ | Case number, | _____ |
| | | | MM / DD / YYYY | if known | |

Debtor _____ Relationship to you _____

| District | _____ | When | _____ | Case number, | _____ |
| | | | MM / DD / YYYY | if known | |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __James Varga__      Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____
City      State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number     Street

_____

_____
City      State      ZIP Code

Debtor 1 __James Varga__      Case number (if known) _____

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **James Varga** _____    Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** _Business debts_ are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **James Varga** _____    Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ James Varga** _____    X _____

James Varga, Debtor 1                                Signature of Debtor 2

Executed on **07/13/2021** _____                    Executed on _____
MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **James Varga**_____    Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

X **/s/ Richard F. Tallini**_____        Date **07/13/2021**_____
Signature of Attorney for Debtor                                                   MM / DD / YYYY

**Richard F. Tallini**_____
Printed name

**Bailey & Galyen**_____
Firm Name

**1300 Summit Ave. #650**_____
Number          Street

_____

_____

**Fort Worth**_____    **TX**    **76102**_____
City                                                          State    ZIP Code

Contact phone  **(817) 359-7024**          Email address **rtallini@galyen.com**_____

**24093548**_____    **TX**_____
Bar number                                                     State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11:  Reorganization

---

|   | $1,167 | filing fee |
|---|---|---|
| **+** | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | | |
|---|---|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | | |
|---|---|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In re **James Varga**

Case No. _____

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..................................................................     **$3,200.00**

Prior to the filing of this statement I have received.........................................................     **$3,200.00**

Balance Due....................................................................................................................     **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/13/2021** | **/s/ Richard F. Tallini** |
| *Date* | *Richard F. Tallini*         Bar No.  24093548 |
| | Bailey & Galyen |
| | 1300 Summit Ave. #650 |
| | Fort Worth, TX 76102 |
| | Phone: (817) 359-7024 / Fax: (817) 592-5958 |

---

**/s/ James Varga**

*James Varga*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **James Varga**                                      CASE NO

                                                             CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/13/2021                                Signature   */s/ James Varga*
                                                           *James Varga*

Date _____          Signature  _____

5828 Cubesmart TX FW Rosedale St
6405 E Rosedale St.
Fort Worth, TX 76112


Acumatica The Cloud ERP
Alliance Solution Group
11235 SE 6th St. #140
Bellevue, WA 98004


Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212


Albert 360
2448 East 81st St #4200
Tulsa, OK 74137


American Express
Al Van Vleck
1097 Whisperglen Glen
Rockwall, TX 75087


American Express
Al Van Vleck
PO Box 650448
Dallas, TX 75265


Angel Jaramillo
3821 Marigold Ave
Fort Worth, TX 76111


AT&T Wireless
Foundation Acct #07502931
PO Box 6463
Carol Stream, IL 60197


Attorney General Child Support Division
Region 4 Bankruptcy Section
400 South Zang #1100
Dallas, TX 75208

```
Attorney of Law
c/o Citibank NA, A Fed National Assoc
75 N. Fair Oaks Ave
Pasadena, CA 91103


Balboa Capital Corp
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626



Baloba Capital
7000 Civic Center Dr. W
Santa Ana, CA 92701



Beacon Sales Acquisition Inc
dba Allied Building Products
1102 West Ave #200
Austin, TX 78701


Beacon Supply Acqustion Inc.
1102 Lakeside Blvd #200
Austin, TX 78701



Bill Blankenship Contracting Inc
1001 Kennedy Lanea #230
Fort Worth, TX 76131



Boa Credit Card
Al Van Vleck
1097 Whispering Glen
Rockwall, TX 75087


Boa Credit Card
Al Van Vleck
PO Box 15796
Wilmington, DE 19886


Brian Smith Attorney
 Whitaker Chalk Swimdel & Schwarts  PLLC
301 Commerce #3500
Fort Worth, TX 76102
```

```
Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Capstone Capital Partners, LLC
c/o Capstone Servicing Corp
507 Denali Pass #401
Cedar Park, TX 78613


Capstone Fund LLC
c/o Capstone Servicing Corp
507 Denali Pass #401
Cedar Park, TX 78613


Capstone Fund LLC
c/o Capstone Servicing Corp
507 Denali Pass #$01
Cedar Park, TX 78613


Capstone Fund, LLC
c/0 Capstone Servicing Corp
507 Denali Pass #401
Cedar Park, TX 78613


Capstone Fund, LLC
c/o Capstone Sesrvicing Corp
507 Denali Pass #401
Cedar Park, TX 78613


Capstone Lending Trust
c/o Capstone Servicing Corp
507 Denali Pass #401
Cedar Park, TX 78613


Chase Credit Card
Al Van Vleck
1097 Whispering Glen
Rockwall, TX 75087


Chase Credit Card
Al Van Vleck
PO Box 6294
Carol Stream, IL 60197
```

Citibank NA, A Federal Natl Assoc
75 N. Fair Oaks AVe
Pasadena, CA 91103


City of Fort Worth
PO Box 99005
Fort Worth, TX 76199


City of FW
PO Box 99005
Fort Worth, TX 76199


Cloyd Investments
PO Box 800961
Balch Springs, TX 75180


Cowtown Redi Mix Concrete
PO Box 162327
Fort Worth, TX 76161


Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193


Credit Systems International, Inc
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004


CTG Tech LLC
PO Box 2907
Amarillo, TX 79105


Cytracom
450 Century Pkwy  #100
Allen, TX 75013

Davide Mudd
700 E Southlake Blvd. #150
Southlake, TX 76092


Delange Landen Financial Serv LLC
1111 Old Eagle School Rd.
Wayne, PA 19087


DFW Office Systems
13719 Gamma Rd
Dallas, TX 75244


DHLC Mortgage, LLC
2804 Greenville Ave
Dallas, TX 75206


Direct Capital Div of Citibank NA
155 Commerce Way
Portsmouth, NH 03801


Dirt-Tech Constructino & Excavation
7070 Hudson Cemetery Rd
Mansfield, TX 76063


EBSHarley Davidson R
PO Box 21829
Carson City, NV 89721


Emvlp Llc/fis
Po Box 2313
Bloomington, IL 61702


Equity Trust Co Custodian FBO
Will Ford Hartnett Sr. IRA
2920 Pearl St
Dallas, TX 75201

```
Equity Trust Company
FBO Cynthia Pullen
PO Box 45209
Westlake, OH 44145


Equity Trust Company Custodian
FBO Villarreal IRA #200259125
PO Box 451340
Westlake, OH 44145


Equity Trust Company FBO
Will Ford Hartnett Sr. IRA
2920 Pearl St.
Dallas, TX 75201


Equityi Trust Co Custodian
FBO Donna Hart IRRA
PO Box 451340
Westlake, OH 44145


Everest Business Funding
8200 NW 52nd Ter 2nd Floor
Doral, FL 33166


Exact Land Durvey
PO Box 74133
Cleveland, OH 44194


FA-Lending USA
PO Box 503430
San Diego, CA 92128


First Bank Card
a div First Natl Bank of Omaha
1620 Dodge St
Omaha, NE 68197


First Bankcard
PO Box 2951
Omaha, NE 68103
```

First Funding GB LLC
2205 Martin Dr. #200
Bedford, TX 76021


First National Bank
Attn: Bankruptcy
PO Box 3128
Omaha, NE 68103


First Premier
601 S> Minnesota
Sioux Falls, SD 57104


First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117


Fort Worth Community C
Po Box 210848
Bedford, TX 76095


Fund Box Loans
300 Montgomery St #900
San Francisco, CA 94104


FW Community CU
PO Box 672051
Dallas, TX 75267


GCTK Merritt LLC
2525 Highway 360 #2224
Euless, TX 76039


Global Realty Management TX Inc
15866 Champion Forest Drive
Spring, TX 77379

Handsome Web LLC
PO Box 121975
Arlington, TX 76012


Harley Davidson Financial
Attn: Bankruptcy
PO Box 22048
Carson City, NV 89721


Hawaiian Airlines Master Credit Card
Al Van Vleck
1097 Whispering Glen
Rockwall, TX 75087


Hawaiian Airlines Master Credit Card
Al Van Vleck
PO Bo x8801
Wilmington, DE 19801


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service--Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Investment Colleagues LLC
605  Parker Dr.
Euless, TX 76039


J Javier Anziani
Freedman & Price PC
Austin, TX 78701


Jack Roomigh Aia
Knight Group Architects
212 Verna Trail N
Fort Worth, TX 76108

JC Taylor Contracting Inc.
604 Bluebonnet Lane
Kennedale, TX 76060


Jennifer Rymell County Court Law #2
100 W. Weatherford
Fort Worth, TX 76196


John Nation
4925 Greensville, #200
Dallas, TX 75206


Jones Kimball law Firm PC
4305 South Bowen Rd. .#101
Arlington, TX 76016


Kabbage Funding
925 B Peachtree St NE #1688
Atlanta, GA 30309


KC Capital Partners LLC
5151 Beltline Rd. #1050
Dallas, TX 75254


KR Enterprises LLC
605 Parker Dr.
Euless, TX 76039


LendingUSA
Attn: Bankruptcy
15303 Ventura Blvd, Ste 850
Sherman Oaks, CA 91403


Leon Munson Consulting Contractor
2411 Medlin Dr
Arlington, TX 76015

Leslie WM Adams & Associates
3700 Buffalo Speedway #420
Houston, TX 77098


Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway #1000
Dallas, TX 75207


Loan Rangers Capital Investments, LLC
2235 E. 6th St. #103
Austin, TX 78702


Lost Runner 401K
609 White Oak St
Allen, TX 75002


Lowes
PO Box 530914
Atlanta, GA 30353


Mary Frosto
4625 Pinon St
Flower Mound, TX 75028


Mary Frosto
4625 Pinon Street
Flower Mound, TX 75028


Matthew Taplett
Pope Hardwicke Christie et al
500 W i7th Street $600
Fort Worth, TX 76102


Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

Merrick Bank/CardWorks
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804


Michael Bernstein
416 S Third Street
Garland, TX 75040-6426


National Multicultural Heritage Museum
FKA NCOFCMH, TX Non-Profit
2041 Scott Ave #100
Fort Worth, TX 76103


Nebraska Furniture Co
5600 Nebraska Furn Mart Dr.
The Colony, TX 75056


North Texas Tollway
PO Box 660244
Dallas, TX 75266


Oakcliff Offie Products
1876 Lone Star Dr.
Dallas, TX 75212


Pacific Coast Supply
4290 Roseville Rd.
North Highlands, CA 95660-5170


Pearl Capital/Peral Delta Funding LLC
80 State Street
Albany, NY 12207


Perdue Brandon Fielder Collins & Mott
500 East Border Street, Suite 640
Arlington, Texas 76010

```
Pinnacle Bank Texas
c/o Jim Austin
6750 Bridge St.
Fort Worth, TX 76112


Planet Home Lending
PO Box 1001
Meriden, CT 06450



PMR Home Concepts, LLC
c/0 Ronald MIntosh
7205 Cloverglen Dr.
Dallas, TX 75249


Projects & PLans DFW LLC
341 W. Jefferson #750
Dallas, TX 75208



Projects & Plans FW LLC
351 W. Jefferson
Dallas, TX 75208



Quest IRA Inc
FBO Alvin McCathen IRA#1584611
17171 Park Row, #100
Houston, TX 77084


Quest IRA, Inc FBO Ronald McIntosh IRA
c/o Robert McIntosh
7205 Cloverglen Dr.
Dallas, TX 75249


Quest Trust Co
FBO DAvid Mudd IRA 33381021
17171 Park Row #100
Houston, TX 77084


Quest Trust Co
FBO avid Mudd IRA #3381021
17171 Park Row #100
Houston, TX 77084
```

Quest Trust Co
FBO Martha Sapien IRA #3236221
17171 Park Row #100
Houston, TX 77084


Quest Trust Co FBO Susan Graham
IRA361811
17171 Park Row #100
Houston, TX 77084


Quest Trust Co FBO Susan Graham
Roth IRA 3361811 Individual Trust
17171 Park Row #100
Houston, TX 77084


Quest Trust Company
FBO Susan Graham
Roth IRA 3361821 Individual Trust
902 Melissa Lane
Garland, TX 75040

Quest Trust Company FBO SUsan Graham
HSA 3361871 Individual Trust
17171 Park Row #100
Houston, TX 77084


Quest Truste Co
FBO Martha Sapien IRA#3236221
17171 Park Row #10
Houston, TX 77084


R.E. Sweeney Company Inc
3700 Noble Ave
PO Box 1921
Fort Worth, TX 76101


R.E. Sweeny Lumber Co
c/o Pamela Ashcraft Tucker et al
1702 N. Collins #100
Richardson, TX 75080


Ramesh Singh
c/o Recovery Management Systems Inc.
25 SE 2nd Ave #1220
Miami, FL 33131-1605

Randall Adair
325 N. St Paul Street $1400
Dallas, TX 75201


Regions Bank
PO Box 11007
Birmingham, AL 35288


Resdoor Co Div of R.E. Sweeny Lumber
3700 Noble Ave
Fort Worth, TX 76101


Robert Eden Attorney at Law
Matews & Beanland LLP
8131 LBJ Freeway #700
Dallas, TX 75251


Robert Florance IV
500 WWW 7th Street #600
Fort Worth, TX 76102


Robert Half & Associates
14951 N. Dallas Pkwy #350
Dallas, TX 75254


Robert Half Int'l dba Account Temps
c/o Jameson and Dunagan PC
5429 LBJ Freeway #700
Dallas, TX 75240


Sage Software
300 Park Ave #1400
San Jose, CA 95110


Sharon Sjostrom  Attorney
Nebraska Furniture Company
4851 LBJ Freeway #700
Dallas, TX 75244

Sharon Sjostrom Attorney
Nebraska Furniture Co
4851 LBJ Freeway #700
Dallas, TX 75244


Sherwin Williams
913 Melbourne Rd.
Hurst, TX 76053-4632



SST/Medallion
4315 Pickett Rd.
Saint Joseph, MO 64503


Stantec Consulting Serv Inc.
12222 Merit Dr. #400
Dallas, TX 75251


State Farm Insurance
1620 Dodge St.
Omaha, NE 68197


State Farm Insurance
PO Box 680001
Dallas, TX 75270


State Farm Insurance
PO Box 853925
Richardson, TX 75085


State Fram Inssurance
3330 Matlock Rd #125
Arlington, TX 76015


Stream Energy
PO Box 650026
Dallas, TX 75265

Susan Graham
902 Melissa Lane
Garland, TX 75040


Synchrony Bank/Amazon
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Systems & Services Technologies, Inc.
Attn: Bankruptcy
4315 Pickett Road
Saint Joseph, MO 64503


Texas Pulmonary Consultants
PO Box 612344
Dallas, TX 75261


Texas Trust CU
500 W 7th Street #600
Fort Worth, TX 76102


Texas Trust CU Office Lease
c/o SVN Trinity Advisors
3000 Race Street #100
Fort Worth, TX 76111


Toyota Financial Services
Attn: Bankruptcy
PO Box 8026
Cedar Rapids, IA 52409

Tri-Steel LLC
5709 Jacksboro Highway
Fort Worth, TX 76114


Turn-Key Development LLC
4101 W. Green Oaks Blvd. #305-226
Arlington, TX 76016


TX Tags
PO Box 650749
Dallas, TX 75265


Tx Tags
PO Box 640749
Dallas, TX 75265


U.S.Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-0996


Unique Funding Solutions LLC
2715 Coney Island Ave
Brooklyn, NY 11235


United Revenue Corp.
Attn: Bankruptcy
204 Billings Street Ste 120
Arlington, TX 76010


United States Attorney
1100 Commerce Room 300
Dallas, TX 75242-1699


Urban Design Partners LLC
Ken Schumburg
8430 Blue Heron Ct.
Fort Worth, TX 76108

Vaughn & Ramsey Attorney
2000 E> Lamar Blvd. #400
Arlington, TX 76006


Vaughn & Ramsey Attorney
2000 E. Lamar Blvd. #400
Arlington, TX 76006


Velocity Commercial Capital LLC
30699 Russell Ranch Rd. #295
Westlake Village, CA 91362


Viola & Associates
PO BOx 2868
North Richland Hills, TX 76180


Warrior Dumpster
10127 Wildhorsa Pkwy
San Antonio, TX 78254


Wendy Burgess Tarrant County Tax Assesso
100 E Weatherford
Fort Worth, TX 76196