Richard Fiory Tallini
State Bar No. 24093548
**BAILEY & GALYEN**
1300 Summit Avenue, Suite 650
Fort Worth, Texas 76102
Office: 817.276.6000
Fax:    817.276.6010
email rtallini@galyen.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **James Varga,** | § | |
| **xxx-xx-4308** | § | **CASE NO. 21-41656-7** |
| | § | |
| **4215 Southcrest Dr.** | § | |
| **Arlington, TX 76013** | § | |
| | § | |
| **Debtor(s)** | § | |

## MOTION TO EXTEND TIME TO FILE
## REMAINING SCHEDULES, STATEMENT OF CURRENT INCOME,
## STATEMENT OF FINANCIAL AFFAIRS, EMPLOYEE INCOME
## RECORDS AND OTHER ESSENTIAL FOLLOW-UP DOCUMENTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES James Varga, Debtor herein, and files this Motion To Extend Time To File Remaining Schedules, Statement Of Current Income, Statement Of Financial Affairs, Employee Income Records And Other Essential Follow-Up Documents and as reasons therefore would respectfully show the Court as follows:

1. On 7/13/2021, Debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code in the above captioned case.

2. Debtor received a notice of deficiency to file certain schedules and statements on or before July 27, 2021.

3.   The Debtor is unable to file the required documents by July 27, 2021  because the debtor took the entire 15 day period to gather the required information and provide it to their attorney.

4.    Debtor filed a shell petition on 7/13/2021 to stop multiple collection proceedings in which his home and other exempt assets were in jeopardy. Through this Chapter 7 filing, debtor is now better positioned to resolve the aforementioned matters.

5.   Debtor requests an extension of time to file the required documents to August 4, 2021, or other date as the court may direct. This date is less than 30 days from the date of filing of the petition.

6.    Debtor's §341(a), meeting of creditors is scheduled for 8/11/2021.


**WHEREFORE**, Debtor respectfully requests the Court enter an order extending the time to file statements, schedules and required documents, and for further relief as the court may deem proper.


Respectfully submitted,


**Richard Fiory Tallini**
**BAILEY & GALYEN**
1300 Summit Avenue
Suite 650
Fort Worth, Texas 76102
Office: 817.276,6000
Fax:    817.276.6010
email rtallini@galyen.com
ATTORNEY FOR DEBTOR

By___/s/**_Richard Fiory Tallini_**
        Richard Fiory Tallini
        Bar ID 214093548

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was served, on or within one business day of the filing of this document, by first class mail, postage pre-paid on the parties listed below:   This document was sent via electronic transfer by the Clerk's office to:

Laurie Dahl Rea
Chapter 7 Trustee
777 Main Street #1550
Fort Worth, TX 76102

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

By /s/Richard Fiory Tallini
Richard Fiory Tallini