

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 28, 2021

_____
United States Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-41656-7** |
| | § | |
| **James Varga** | § | |
| | § | |
| **Debtor(s)** | § | |
| | § | |

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, , STATEMENT OF CURRENT INCOME, STATEMENT OF FINANCIAL AFFAIRS, EMPLOYEE INCOME RECORDS AND OTHER REQUIRED DOCUMENTS

On this date the Court considered debtor's Motion to Extend Time to File Statements, Statement of Current Income, Statement of Financial Affairs, Employee Income Records and other Required Document. After reviewing the pleadings, the Court finds that good cause exists to grant the relief requested.

It is therefore ORDERED that the deadline to file Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Statement of Financial Affairs, Statistical Summary/ Summary of Schedules (Official Form 6), Copies of Employee Income Records, and Statement of Current Monthly Income is extended to August 4, 2021.

# # # End of Order # # #

**Prepared By:**

Richard Fiory Tallini
State Bar No. 24093548
**BAILEY & GALYEN**
1300 Summit Avenue
Suite 650
Fort Worth, Texas 76102
Office:   817.376.6000
Fax:      817.276.6010
email: rtallini@galyen.com