**Fill in this information to identify your case and this filing:**

Debtor 1     **James**                  **Varga**
           First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **21-41656-7**
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

     ☐ No. Go to Part 2.
     ☑ Yes. Where is the property?

1.1.
**4215 Southcrest Dr., Arl TX 76013**

**Tarrant**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

     $175,816.00          $175,816.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ **Check if this is community property**
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................... ➔    **$175,816.00**

Debtor 1   **James Varga**  _____   Case number (if known)   **21-41656-7**  _____

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make:   **Harley**
Model:  **Tri-Glide**
Year:   **2020**
Approximate mileage:  **850**
Other information:
**2020 Harley Tri-Glide (approx. 850 miles)**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$35,000.00**
Current value of the portion you own?  **$35,000.00**

3.2.
Make:   **Pace**
Model:  **Cargo Trailer**
Year:   **2019**
Approximate mileage:  **12,000**
Other information:
**2019 Pace Cargo Trailer (approx. 12,000 miles)**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$2,500.00**
Current value of the portion you own?  **$2,500.00**

3.3.
Make:   **Toyota**
Model:  **4Runner**
Year:   **2020**
Approximate mileage:  **18,658**
Other information:
**2020 Toyota 4Runner (approx. 18,658 miles)**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$34,875.00**
Current value of the portion you own?  **$34,875.00**

3.4.
Make:   _____
Model:  _____
Year:   _____
Approximate mileage:  _____
Other information:
**2016 Chevy PU - totaled**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$0.00**
Current value of the portion you own?  **$0.00**

3.5.
Make:   **Lark**
Model:  **Trailer**
Year:   **2018**
Approximate mileage:  _____
Other information:
**2018 Lark Trailer**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$4,800.00**
Current value of the portion you own?  **$4,800.00**

Debtor 1   **James Varga**          Case number (if known)  **21-41656-7**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any**
   **entries for pages you have attached for Part 2. Write that number here........................................** ➔    **$77,175.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....

   | |
   |---|
   | **sofa $200** |
   | **3 chairs $160** |
   | **table $50** |
   | **8 lamps $80** |
   | **rug $25** |
   | **2 desks $300** |
   | **2beds $300** |
   | **2 dressers $250** |
   | **5shelves $100** |
   | **2 bar stools $50** |
   | **barware $200** |
   | **power tools $100** |
   | **silverware $100** |
   | **grill $100** |
   | **outdoor furniture $100** |
   | **books/cd collection $150** |
   | **decorative items $200** |
   | **holiday items $25** |
   | **dishess $50** |
   | **fridge $500** |
   | **stove $200** |
   | **microwave $50** |
   | **washer $150** |
   | **dryer $150** |
   | **cookware $250** |
   | **linenst $25** |

   **$3,865.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....

   | |
   |---|
   | **2 DVD players $50** |
   | **2 TV's $300** |
   | **stero $100** |
   | **kitchen electronics $100** |
   | **2 computers $250** |
   | **2 cell  phones $150** |
   | **games/game systems $25** |

   **$975.00**

Debtor 1   **James Varga**                          Case number (if known)   **21-41656-7**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... | **See continuation page(s).** | $275.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... | **Wearing apparel** | $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... | **Costume jewelry $300** | $550.00
    **Aqua & silver Wedding Ring $150**
    **Silver Wedding Band $100**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe..... | **3 dogs** | $75.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here........................................................................ → | $6,240.00

---

**Part 4:**    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes....................................................................................................... Cash: ....................... | $250.00

Debtor 1 __James Varga__        Case number (if known) __21-41656-7__

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No

☐ Yes............................ Institution name:

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them........................... Name of entity:        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them........................... Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately. Type of account:      Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................ Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them

Debtor 1    **James Varga**                                    Case number (if known)   **21-41656-7**

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No
   ☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

   ☑ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

   Federal: _____
   State: _____
   Local: _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No
   ☐ Yes. Give specific information

   Alimony: _____
   Maintenance: _____
   Support: _____
   Divorce settlement: _____
   Property settlement: _____

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☐ No
   ☑ Yes. Give specific information

   **Personal Note - Danna Bradshaw**
   **Account is delinquent**

   $7,500.00

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value................   Company name:                Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

   ☑ No
   ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim........

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

35. **Any financial assets you did not already list**

- ☑ No
- ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**........................................................................ ➔ | **$7,750.00**

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

- ☐ No. Go to Part 6.
- ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

- ☑ No
- ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☐ No
- ☑ Yes. Describe..   home printer & file cabinet $75                  **$775.00**
  3 i_ads, 3 computers, 4 monitiors 2 chairs 3 desks & bookshelves $7700

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☑ No
- ☐ Yes. Describe..

41. **Inventory**

- ☑ No
- ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

- ☑ No
- ☐ Yes. Describe..... Name of entity:               % of ownership:

43. **Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....

44. **Any business-related property you did not already list**

- ☑ No
- ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................... ➔ | **$775.00**

Debtor 1  **James Varga**  Case number (if known)  **21-41656-7**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes....

48. **Crops--either growing or harvested**

☒ No
☐ Yes. Give specific information...............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information...............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here...................................................................................** ➔ **$0.00**

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☒ Yes. Give specific information.

**misc junk, glasses, buckets, gardening, outdoor pictures**  **$200.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔ **$200.00**

Debtor 1 **James Varga**                                   Case number (if known) __21-41656-7__

**Part 8:    List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2**..................................................................................................➔            $175,816.00

56.  **Part 2: Total vehicles, line 5**                              $77,175.00

57.  **Part 3: Total personal and household items, line 15**            $6,240.00

58.  **Part 4: Total financial assets, line 36**                     $7,750.00

59.  **Part 5: Total business-related property, line 45**              $775.00

60.  **Part 6: Total farm- and fishing-related property, line 52**      $0.00

61.  **Part 7: Total other property not listed, line 54**       +      $200.00

62.  **Total personal property.**    Add lines 56 through 61..................   $92,140.00    Copy personal property total ➔  +    $92,140.00

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................................    $267,956.00

Debtor 1   **James Varga**        Case number (if known)   **21-41656-7**

9.   **Equipment for sports and hobbies (details):**

    **camers/bikes $175**                                      **$175.00**

    **fishing poles & luers $100**                            **$100.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Varga** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-41656-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2020 Harley Tri-Glide (approx. 850 miles)** <br> Line from *Schedule A/B*: __3.1__ | **$35,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2019 Pace Cargo Trailer (approx. 12,000 miles)** <br> Line from *Schedule A/B*: __3.2__ | **$2,500.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2020 Toyota 4Runner (approx. 18,658 miles)** <br> Line from *Schedule A/B*: __3.3__ | **$34,875.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Debtor 1 __**James Varga**_____   Case number (if known) __**21-41656-7**__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**sofa $200**<br>**3 chairs $160**<br>**table $50**<br>**8 lamps $80**<br>**rug $25**<br>**2 desks $300**<br>**2beds $300**<br>**2 dressers $250**<br>**5shelves $100**<br>**2 bar stools $50**<br>**barware $200**<br>**power tools $100**<br>**silverware $100**<br>**grill $100**<br>**outdoor furniture $100**<br>**books/cd collection $150**<br>**decorative items $200**<br>**holiday items $25**<br>**dishess $50**<br>**fridge $500**<br>**stove $200**<br>**microwave $50**<br>**washer $150**<br>**dryer $150**<br>**cookware $250**<br>**linenst $25**<br>Line from *Schedule A/B*: __**6**__ | **$3,865.00** | ☑ **$3,865.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**2 DVD players $50**<br>**2 TV's $300**<br>**stero $100**<br>**kitchen electronics $100**<br>**2 computers $250**<br>**2 cell  phones $150**<br>**games/game systems $25**<br>Line from *Schedule A/B*: __**7**__ | **$975.00** | ☑ **$975.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**camers/bikes $175**<br><br>Line from *Schedule A/B*: __**9**__ | **$175.00** | ☑ **$175.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**fishing poles & luers $100**<br><br>Line from *Schedule A/B*: __**9**__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1 __James Varga__ Case number (if known) __21-41656-7__

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wearing apparel**<br>Line from *Schedule A/B*: __11__ | __$500.00__ | ☑ __$500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Costume jewelry $300**<br>**Aqua & silver Wedding Ring $150**<br>**Silver Wedding Band $100**<br>Line from *Schedule A/B*: __12__ | __$550.00__ | ☑ __$550.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**3 dogs**<br>Line from *Schedule A/B*: __13__ | __$75.00__ | ☑ __$75.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Cash on hand**<br>Line from *Schedule A/B*: __16__ | __$250.00__ | ☑ __$250.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Personal Note - Danna Bradshaw**<br>**Account is delinquent**<br>Line from *Schedule A/B*: __30__ | __$7,500.00__ | ☑ __$7,500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**home printer  & file cabinet $75**<br>**3 i_ads, 3 computers, 4  monitiors 2 chairs**<br>**3 desks & bookshelves $7700**<br>Line from *Schedule A/B*: __39__ | __$775.00__ | ☑ __$775.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| Brief description:<br>**misc junk, glasses, buckets, gardening,**<br>**outdoor pictures**<br>Line from *Schedule A/B*: __53__ | __$200.00__ | ☑ __$200.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

**Fill in this information to identify your case:**

Debtor 1    __James__        __Varga__
       First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number    __21-41656-7__
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|
| | | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | Describe the property that secures the claim: | $141,252.00 | $4,800.00 | $136,452.00 |

**2.1**

**Direct Capital Div of Citibank NA**
Creditor's name

**155 Commerce Way**
Number   Street

**2018 Lark Trailer**

**Portsmouth**    **NH**   **03801**
City     State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Title Loan**

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:     **$141,252.00**

Debtor 1 **James Varga**                     Case number (if known) **21-41656-7**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

| 2.2 | Describe the property that secures the claim: | $40,415.00 | $0.00 | $40,415.00 |
|---|---|---|---|---|

**Emvlp Llc/fis**
Creditor's name
**Po Box 2313**
Number    Street

**2016 Chevy PU**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
**Bloomington       IL    61702**   ☐ Unliquidated
City                State   ZIP Code   ☐ Disputed

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only          ☐ Judgment lien from a lawsuit
☑ At least one of the debtors and another  ☑ Other (including a right to offset)
☑ **Check if this claim relates**          **Vehicle Loan**
   **to a community debt**

**Date debt was incurred  07/29/2019**   **Last 4 digits of account number    0   0   0   1**

**Charge Off for $40415 on 12/20**

| 2.3 | Describe the property that secures the claim: | $40,444.00 | $35,000.00 | $5,444.00 |
|---|---|---|---|---|

**Harley Davidson Financial**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 22048**

**2020 Tri-Glide**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
**Carson City      NV   89721**    ☐ Unliquidated
City              State  ZIP Code   ☐ Disputed

**Who owes the debt?** Check one.     **Nature of lien.** Check all that apply.
☐ Debtor 1 only                       ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                       ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only          ☐ Judgment lien from a lawsuit
☑ At least one of the debtors and another  ☑ Other (including a right to offset)
☑ **Check if this claim relates**          **Vehicle Loan**
   **to a community debt**

**Date debt was incurred  03/2020**   **Last 4 digits of account number    4   0   6   2**

**Current Account**
**AFFECTED BY NATURAL DISASTER**

Add the dollar value of your entries in Column A on this page.  Write that number here:                  | $80,859.00 |

Debtor 1 **James Varga**   Case number (if known) **21-41656-7**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.4 | Describe the property that secures the claim: | $9,313.00 | $2,500.00 | $6,813.00 |

**Systems & Services Technologies, In**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**4315 Pickett Road**

**2019 Pace Tandem Trailer**

**Saint Joseph      MO    64503**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Secured**

- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   **03/2020**      Last 4 digits of account number   **4    5    9    4**

**Current Account**

| 2.5 | Describe the property that secures the claim: | $58,377.00 | $39,700.00 | $18,677.00 |

**Toyota Financial Services**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 8026**

**2020  Toyota 4Runner**

**Cedar Rapids      IA    52409**
City                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Vehicle Loan**

- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   **03/2020**      Last 4 digits of account number   **0    0    0    1**

**Current Account**
**FIXED RATE**

Add the dollar value of your entries in Column A on this page.  Write that number here:      **$67,690.00**

Debtor 1 **James Varga**                                   Case number (if known) **21-41656-7**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Wells Fargo**
Creditor's name
**PO Box 144411**
Number    Street

Describe the property that secures the claim:        **$125,000.00**        **$175,816.00**

**4215 Southcrest Dr., Arlington TX 76013**

**Des Moines**      **IA**     **50306**
City                State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Residential Mortgage**

Date debt was incurred _____    Last 4 digits of account number   **0   1   8   4**

Add the dollar value of your entries in Column A on this page. Write that number here:          **$125,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:          **$414,801.00**

Debtor 1    **James Varga**       Case number (if known)   **21-41656-7**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1    **Arthur E. Anthony**
Name
**Locke Lord LLP**
Number    Street
**2200 Ross Ave #2800**

**Dallas**       **TX**    **75201**
City       State    ZIP Code

On which line in Part 1 did you enter the creditor?    **2.6**

Last 4 digits of account number    ___ ___ ___ ___

2    **EBSHarley Davidson R**
Name
**PO Box 21829**
Number    Street

**Carson City**       **NV**    **89721**
City       State    ZIP Code

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number    ___ ___ ___ ___

**Fill in this information to identify your case:**

Debtor 1     **James**     **Varga**
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **21-41656-7**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

**2.1**

| | | |
|---|---|---|
| Priority Creditor's Name | **Last 4 digits of account number** __ __ __ __ | |
| Number    Street | **When was the debt incurred?** _____ | |
| | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| City    State    ZIP Code | ☐ Disputed | |

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1     **James Varga**                                      Case number (if known)  **21-41656-7**

| Part 2: | List All of Your **NONPRIORITY** Unsecured Claims |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑  Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

|  |  | **$1,500.00** |
|---|---|---|

**5828 Cubesmart TX FW Rosedale St**
Nonpriority Creditor's Name
**6405 E Rosedale St.**
Number        Street

_____

**Fort Worth                    TX       76112**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another
☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
     **Unsecured**

**4.2**

|  |  | **$55,573.00** |
|---|---|---|

**Acumatica The Cloud ERP**
Nonpriority Creditor's Name
**Alliance Solution Group**
Number        Street
**11235 SE 6th St. #140**

_____

**Bellevue                      WA      98004**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another
☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**  7   0   0   3
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
     **Unsecured**

Debtor 1   **James Varga**      Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

**4.3**

                                                  **$326.00**

**Affirm, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**30 Isabella St, Floor 4**

**Pittsburgh**          **PA**     **15212**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Collection**
**Account Closed**

**Last 4 digits of account number**    **J**   **W**   **T**   **S**

**When was the debt incurred?**    **03/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Unsecured**

---

**4.4**

                                                  **$10,000.00**

**Albert 360**
Nonpriority Creditor's Name
**2448 East 81st St #4200**
Number      Street

**Tulsa**          **OK**     **74137**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8**   **8**   **2**   **2**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Unsecured**

---

**4.5**

                                                  **$1,100.00**

**American Express**
Nonpriority Creditor's Name
**Al Van Vleck**
Number      Street
**1097 Whisperglen Glen**

**Rockwall**          **TX**     **75087**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Unsecured**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.6**                               **$1,500.00**

**American Express**
Nonpriority Creditor's Name
**Al Van Vleck**
Number    Street
**PO Box 650448**

**Dallas**          **TX**    **75265**
City             State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1**   **0**   **0**   **1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.7**                               **$32,000.00**

**Angel Jaramillo**
Nonpriority Creditor's Name
**3821 Marigold Ave**
Number    Street

**Fort Worth**       **TX**    **76111**
City             State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **G**   **A**   **V**   **E**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.8**                               **$3,500.00**

**AT&T Wireless**
Nonpriority Creditor's Name
**Foundation Acct #07502931**
Number    Street
**PO Box 6463**

**Carol Stream**     **IL**    **60197**
City             State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1**   **3**   **2**   **7**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

Debtor 1    **James Varga**                                    Case number (if known)  **21-41656-7**

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.9**                                                                                    **$1.00**

**Attorney of Law**
Nonpriority Creditor's Name
**c/o Citibank NA, A Fed National Assoc**
Number    Street
**75 N. Fair Oaks Ave**

**Pasadena          CA     91103**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Unsecured**

**4.10**                                                                                   **$90,906.00**

**Balboa Capital Corp**
Nonpriority Creditor's Name
**575 Anton Blvd. 12th Floor**
Number    Street

**Costa Mesa        CA     92626**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **d  0  0  2**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Unsecured**

**4.11**                                                                                   **$1.00**

**Baloba Capital**
Nonpriority Creditor's Name
**7000 Civic Center Dr. W**
Number    Street

**Santa Ana         CA     92701**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **L  C  J  C**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Unsecured**

Debtor 1    **James Varga**                                                Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.12**

**$112,875.00**

**Beacon Sales Acquisition Inc**
Nonpriority Creditor's Name
**dba Allied Building Products**
Number    Street
**1102 West Ave #200**

**Austin**          **TX**    **78701**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9**   **7**   **5**   **3**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.13**

**$112,874.00**

**Beacon Supply Acqusition Inc.**
Nonpriority Creditor's Name
**1102 Lakeside Blvd #200**
Number    Street

**Austin**          **TX**    **78701**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9**   **7**   **5**   **3**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.14**

**$3,500.00**

**Bill Blankenship Contracting Inc**
Nonpriority Creditor's Name
**1001 Kennedy Lanea #230**
Number    Street

**Fort Worth**        **TX**    **76131**
City            State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**   **0**   **3**   **0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

Debtor 1 **James Varga**                                      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.15**                                                                        **$1.00**

**Boa Credit Card**
Nonpriority Creditor's Name
**Al Van Vleck**
Number      Street
**1097 Whispering Glen**

**Rockwall**              **TX**    **75087**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

**4.16**                                                                        **$5,000.00**

**Boa Credit Card**
Nonpriority Creditor's Name
**Al Van Vleck**
Number      Street
**PO Box 15796**

**Wilmington**            **DE**    **19886**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

**4.17**                                                                        **$15,000.00**

**Brian Smith Attorney**
Nonpriority Creditor's Name
**Whitaker Chalk Swimdel & Schwarts PLLC**
Number      Street
**301 Commerce #3500**

**Fort Worth**            **TX**    **76102**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

Debtor 1 **James Varga**  Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**  $309.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 30285**

**Salt Lake City      UT      84130**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Current Account**

**Last 4 digits of account number**  **3  0  8  4**
**When was the debt incurred?**  **09/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

**4.19**  $1,075,000.00

**Capstone Capital Partners, LLC**
Nonpriority Creditor's Name
**c/o Capstone Servicing Corp**
Number     Street
**507 Denali Pass #401**

**Cedar Park      TX      78613**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **N  A  V  E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

---

**4.20**  $275,000.00

**Capstone Capital Partners, LLC**
Nonpriority Creditor's Name
**c/o Capstone SErvicing Corp**
Number     Street
**507 Denali Pass #401**

**Cedar Park      TX      78613**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **H  M  A  N**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

---

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**Capstone Capital Partners, LLC**
Nonpriority Creditor's Name
**c/o Capstone Servicing Corp**
Number   Street
**507 Denali Pass #401**

**Cedar Park**    **TX**   **78613**
City      State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **L**  **A**  **W**  **N**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

**$510,000.00**

### 4.22

**Capstone Fund LLC**
Nonpriority Creditor's Name
**c/o Capstone Servicing Corp**
Number   Street
**507 Denali Pass #401**

**Cedar Park**    **TX**   **78613**
City      State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **R**  **A**  **I**  **L**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

**$765,000.00**

### 4.23

**Capstone Fund LLC**
Nonpriority Creditor's Name
**c/o Capstone Servicing Corp**
Number   Street
**507 Denali Pass #$01**

**Cedar Park**    **TX**   **78613**
City      State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **H**  **I**  **N**  **G**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

**$685.00**

Debtor 1    **James Varga**                                     Case number (if known)    **21-41656-7**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                         **Total claim**

### 4.24

**Capstone Fund, LLC**                                 **$700,000.00**
Nonpriority Creditor's Name
**c/0 Capstone Servicing Corp**
Number     Street
**507 Denali Pass #401**

**Cedar Park**         **TX**     **78613**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    L   A   N   E

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Unsecured**

---

### 4.25

**Capstone Fund, LLC**                                 **$700,000.00**
Nonpriority Creditor's Name
**c/o Capstone Sesrvicing Corp**
Number     Street
**507 Denali Pass #401**

**Cedar Park**         **TX**     **78613**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    R   A   I   L

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Unsecured**

---

### 4.26

**Capstone Lending Trust**                              **$550,000.00**
Nonpriority Creditor's Name
**c/o Capstone Servicing Corp**
Number     Street
**507 Denali Pass #401**

**Cedar Park**         **TX**     **78613**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    D   A   M   S

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Unsecured**

---

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.27 | | **$1.00** |
|---|---|---|

**Chase Credit Card**
Nonpriority Creditor's Name
**Al Van Vleck**
Number    Street
**1097 Whispering Glen**

**Rockwall**    **TX**   **75087**
City     State   ZIP Code
**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

| 4.28 | | **$18,413.00** |
|---|---|---|

**Chase Credit Card**
Nonpriority Creditor's Name
**Al Van Vleck**
Number    Street
**PO Box 6294**

**Carol Stream**    **IL**   **60197**
City     State   ZIP Code
**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8**   **9**   **7**   **6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

| 4.29 | | **$1.00** |
|---|---|---|

**Citibank NA, A Federal Natl Assoc**
Nonpriority Creditor's Name
**75 N. Fair Oaks AVe**
Number    Street

**Pasadena**    **CA**   **91103**
City     State   ZIP Code
**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

Debtor 1  **James Varga**                                    Case number (if known)  **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.30**

**$18,000.00**

**City of Fort Worth**
Nonpriority Creditor's Name
**PO Box 99005**
Number        Street

_____

**Fort Worth**              **TX**    **76199**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**4.31**

**$1.00**

**City of FW**
Nonpriority Creditor's Name
**PO Box 99005**
Number        Street

_____

**Fort Worth**              **TX**    **76199**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**4.32**

**$5,100.00**

**Cloyd Investments**
Nonpriority Creditor's Name
**PO Box 800961**
Number        Street

_____

**Balch Springs**           **TX**    **75180**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **V** __ **I** __ **E** __ **W** __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

Debtor 1 **James Varga**                                    Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.33 | | **$11,000.00** |

**Cloyd Investments**
Nonpriority Creditor's Name
**PO Box 800961**
Number          Street

_____

**Balch Springs          TX     75180**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    L   V   I   N
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

| 4.34 | | **$12,000.00** |

**Cowtown Redi Mix Concrete**
Nonpriority Creditor's Name
**PO Box 162327**
Number          Street

_____

**Fort Worth          TX     76161**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    7   3   7   8
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

| 4.35 | | **$1,019.00** |

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number          Street
**PO Box 98873**

_____

**Las Vegas          NV     89193**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    6   2   6   6
**When was the debt incurred?**   **03/2020**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

**Charge Off for $1019 on 06/21**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.36 | | $1,018.00 |
|---|---|---|

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number    Street
**PO Box 98873**

**Las Vegas**     **NV**    **89193**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Charge Off for $1018 on 06/21**

**Last 4 digits of account number**   **5**   **1**   **9**   **3**
**When was the debt incurred?**   **06/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.37 | | $941.00 |
|---|---|---|

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number    Street
**PO Box 98873**

**Las Vegas**     **NV**    **89193**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Current Account**

**Last 4 digits of account number**   **2**   **5**   **6**   **6**
**When was the debt incurred?**   **02/17/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Debtor 1   **James Varga**        Case number (if known)    **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.38**

**$897.00**

**Credit One Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number     Street
**PO Box 98873**

**Las Vegas**     **NV**    **89193**
City       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Current Account**

**Last 4 digits of account number**   5   2   1   4
**When was the debt incurred?**    03/07/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Credit Card**

**4.39**

**$198.00**

**Credit Systems International, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 1088**

**Arlington**     **TX**    **76004**
City       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Collection**
**ACCOUNT IN DISPUTE**

**Last 4 digits of account number**   6   9   2   0
**When was the debt incurred?**    04/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Medical Debt**

Debtor 1 **James Varga**                                     Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.40**

**$12,500.00**

**CTG Tech LLC**
Nonpriority Creditor's Name
**PO Box 2907**
Number          Street

_____

_____

**Amarillo               TX      79105**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number      9   2   7   1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

---

**4.41**

**$10,000.00**

**Cytracom**
Nonpriority Creditor's Name
**450 Century Pkwy  #100**
Number          Street

_____

_____

**Allen                  TX      75013**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number      1   5   0   7**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

---

**4.42**

**$1.00**

**Davide Mudd**
Nonpriority Creditor's Name
**700 E Southlake Blvd. #150**
Number          Street

_____

_____

**Southlake              TX      76092**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number      7   5   2   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

Debtor 1    **James Varga**         Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.43**                                                               **$32,800.00**

**Delange Landen Financial Serv LLC**    Last 4 digits of account number   **0**   **3**   **6**   **4**
Nonpriority Creditor's Name
**1111 Old Eagle School Rd.**        When was the debt incurred?
Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wayne**        **PA**    **19087**
City        State    ZIP Code     **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☐ Debtor 1 only               ☐ Student loans
☐ Debtor 2 only               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only        that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other. Specify
**Is the claim subject to offset?**               **Unsecured**
☑ No
☐ Yes

**4.44**                                                                **$8,500.00**

**DFW Office Systems**               Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**13719 Gamma Rd**                When was the debt incurred?
Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**        **TX**    **75244**
City        State    ZIP Code     **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☐ Debtor 1 only               ☐ Student loans
☐ Debtor 2 only               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only        that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other. Specify
**Is the claim subject to offset?**               **Unsecured**
☑ No
☐ Yes

**4.45**                                                             **$380,000.00**

**DHLC Mortgage, LLC**            Last 4 digits of account number   **R**   **N**   **O**   **N**
Nonpriority Creditor's Name
**2804 Greenville Ave**           When was the debt incurred?
Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**        **TX**    **75206**
City        State    ZIP Code     **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
☐ Debtor 1 only               ☐ Student loans
☐ Debtor 2 only               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only        that you did not report as priority claims
☑ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**    ☑ Other. Specify
**Is the claim subject to offset?**               **Unsecured**
☑ No
☐ Yes

Debtor 1 **James Varga**                                          Case number (if known)  **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.46 | | **$9,000.00** |
|---|---|---|

**Dirt-Tech Constructino & Excavation**
Nonpriority Creditor's Name
**7070 Hudson Cemetery Rd**
Number          Street

_____

**Mansfield                TX      76063**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3    6    5    6**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Unsecured**

| 4.47 | | **$150,000.00** |
|---|---|---|

**Equity Trust Co Custodian FBO**
Nonpriority Creditor's Name
**Will Ford Hartnett Sr. IRA**
Number          Street
**2920 Pearl St**

_____

**Dallas                    TX      75201**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **A    S    K    I**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Unsecured**

| 4.48 | | **$5,000.00** |
|---|---|---|

**Equity Trust Company**
Nonpriority Creditor's Name
**FBO Cynthia Pullen**
Number          Street
**PO Box 45209**

_____

**Westlake              OH      44145**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **V    I    E    W**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Unsecured**

Debtor 1   **James Varga**            Case number (if known)  **21-41656-7**

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.49 | | **$15,000.00** |

**Equity Trust Company Custodian**
Nonpriority Creditor's Name
**FBO Villarreal IRA #200259125**
Number     Street
**PO Box 451340**

**Westlake**      **OH**    **44145**
City          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    G   E   T   T
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

| 4.50 | | **$15,000.00** |

**Equity Trust Company FBO**
Nonpriority Creditor's Name
**Will Ford Hartnett Sr. IRA**
Number     Street
**2920 Pearl St.**

**Dallas**      **TX**    **75201**
City          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    E   R   T   S
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

| 4.51 | | **$9,000.00** |

**Equityi Trust Co Custodian**
Nonpriority Creditor's Name
**FBO Donna Hart IRRA**
Number     Street
**PO Box 451340**

**Westlake**      **OH**    **44145**
City          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    L   V   I   N
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.52**

**Everest Business Funding**
Nonpriority Creditor's Name
**8200 NW 52nd Ter 2nd Floor**
Number   Street

**Doral**    **FL**   **33166**
City    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6**   **1**   **8**   **8**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**$45,000.00**

---

**4.53**

**Exact Land Durvey**
Nonpriority Creditor's Name
**PO Box 74133**
Number   Street

**Cleveland**    **OH**   **44194**
City    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3**   **R**   **D**   **C**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**$2,000.00**

---

**4.54**

**FA-Lending USA**
Nonpriority Creditor's Name
**PO Box 503430**
Number   Street

**San Diego**    **CA**   **92128**
City    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **U**   **1**   **8**   **4**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**$2,870.00**

---

Debtor 1   **James Varga**      Case number (if known)   **21-41656-7**

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|
| | **$2,500.00** |

**4.55**

**First Bank Card**
Nonpriority Creditor's Name
**a div First Natl Bank of Omaha**
Number    Street
**1620 Dodge St**

**Omaha**      **NE**    **68197**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3**   **4**   **2**   **5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

| | |
|---|---|
| | **$36.00** |

**4.56**

**First Bankcard**
Nonpriority Creditor's Name
**PO Box 2951**
Number    Street

**Omaha**      **NE**    **68103**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6**   **8**   **8**   **5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

| | |
|---|---|
| | **$135,000.00** |

**4.57**

**First Funding GB LLC**
Nonpriority Creditor's Name
**2205 Martin Dr. #200**
Number    Street

**Bedford**      **TX**    **76021**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **R**   **N**   **O**   **N**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

Debtor 1  **James Varga**                                    Case number (if known)  **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.58** | | **$2,778.00**

**First National Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 3128**

**Omaha**              **NE**    **68103**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Current Account**

**Last 4 digits of account number**  **4  5  2  1**
**When was the debt incurred?**  **11/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**4.59** | | **$949.00**

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 5524**

**Sioux Falls**          **SD**    **57117**
City                 State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Current Account**

**Last 4 digits of account number**  **7  2  6  2**
**When was the debt incurred?**  **06/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.60**

**$536.00**

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 5524**

**Sioux Falls**     **SD**    **57117**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Current Account**

**Last 4 digits of account number**   **2**   **4**   **2**   **8**

**When was the debt incurred?**   **09/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**4.61**

**$6,554.00**

**Fort Worth Community C**
Nonpriority Creditor's Name
**Po Box 210848**
Number    Street

**Bedford**     **TX**    **76095**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Current Account**
**Account Closed By Grantor**

**Last 4 digits of account number**   **8**   **7**   **8**   **9**

**When was the debt incurred?**   **11/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1 __James Varga__   Case number (if known) __21-41656-7__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.62 | | $1,776.00 |

__Fort Worth Community C__
Nonpriority Creditor's Name
__Po Box 210848__
Number      Street

__Bedford__          __TX__   __76095__
City                  State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Current Account**
**Account Closed By Grantor**

Last 4 digits of account number __5__ __3__ __3__ __1__
**When was the debt incurred?** __06/2020__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.63 | | $1,800.00 |

__Fund Box Loans__
Nonpriority Creditor's Name
__300 Montgomery St #900__
Number      Street

__San Francisco__          __CA__   __94104__
City                        State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __2__ __0__ __1__ __8__
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

| 4.64 | | $6,755.01 |

__FW Community CU__
Nonpriority Creditor's Name
__PO Box 672051__
Number      Street

__Dallas__          __TX__   __75267__
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __0__ __2__ __0__ __5__
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.65 | | **$1,783.16** |

**FW Community CU**
Nonpriority Creditor's Name
**PO Box 672051**
Number   Street

_____

**Dallas**    **TX**   **75267**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0**   **2**   **0**   **6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

| 4.66 | | **$14,000.00** |

**GCTK Merritt LLC**
Nonpriority Creditor's Name
**2525 Highway 360 #2224**
Number   Street

_____

**Euless**    **TX**   **76039**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **L**   **V**   **I**   **N**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

| 4.67 | | **$14,000.00** |

**GCTK Merritt LLC**
Nonpriority Creditor's Name
**2525 Highway 360 #2224**
Number   Street

_____

**Euless**    **TX**   **76039**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **L**   **V**   **I**   **N**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

**4.68**                                                 **$174,200.00**

**Global Realty Management TX Inc**
Nonpriority Creditor's Name
**15866 Champion Forest Drive**
Number    Street

**Spring**          **TX**    **77379**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.69**                                                 **$500.00**

**Handsome Web LLC**
Nonpriority Creditor's Name
**PO Box 121975**
Number    Street

**Arlington**       **TX**    **76012**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 3 6 4 3
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.70**                                                 **$5,500.00**

**Hawaiian Airlines Master Credit Card**
Nonpriority Creditor's Name
**Al Van Vleck**
Number    Street
**1097 Whispering Glen**

**Rockwall**       **TX**    **75087**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

Debtor 1    **James Varga**          Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.71**                                                  **$6,000.00**

**Hawaiian Airlines Master Credit Card**
Nonpriority Creditor's Name
**Al Van Vleck**
Number    Street
**PO Bo x8801**

Last 4 digits of account number   __ __ __ __
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**      **DE**    **19801**
City             State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.72**                                                    **$9,018.84**

**Internal Revenue Service**
Nonpriority Creditor's Name
**PO Box 7346**
Number    Street

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**      **PA**    **19101-7346**
City             State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **1040 Taxes**

---

**4.73**                                                    **$9,177.39**

**Internal Revenue Service**
Nonpriority Creditor's Name
**PO Box 7346**
Number    Street

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**      **PA**    **19101-7346**
City             State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **1040 Taxes**

---

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.74**    **$15,000.00**

**Internal Revenue Service**
Nonpriority Creditor's Name
**PO Box 7346**
Number   Street

**Philadelphia**    **PA**    **19101-7346**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Taxes**

---

**4.75**    **$5,400.00**

**Investment Colleagues LLC**
Nonpriority Creditor's Name
**605 Parker Dr.**
Number   Street

**Euless**    **TX**    **76039**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Unsecured**

---

**4.76**    **$55,000.00**

**Jack Roomigh Aia**
Nonpriority Creditor's Name
**Knight Group Architects**
Number   Street
**212 Verna Trail N**

**Fort Worth**    **TX**    **76108**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **G** **A** **V** **E**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Unsecured**

Debtor 1 **James Varga**        Case number (if known)   **21-41656-7**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.77**                                         **$5,500.00**

**JC Taylor Contracting Inc.**        Last 4 digits of account number   **0**   **0**   **1**   **8**
Nonpriority Creditor's Name
**604 Bluebonnet Lane**            When was the debt incurred? _____
Number     Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kennedale**       **TX**    **76060**
City            State    ZIP Code

**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                  ☐ Student loans
☐ Debtor 1 and Debtor 2 only        ☐ Obligations arising out of a separation agreement or divorce
☑ At least one of the debtors and another        that you did not report as priority claims
                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**     ☑ Other. Specify
                                      **Unsecured**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.78**                                         **$35,000.00**

**Jennifer Rymell County Court Law #2**    Last 4 digits of account number   ___ ___ ___ ___
Nonpriority Creditor's Name
**100 W. Weatherford**           When was the debt incurred? _____
Number     Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**       **TX**    **76196**
City            State    ZIP Code

**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                  ☐ Student loans
☐ Debtor 1 and Debtor 2 only        ☐ Obligations arising out of a separation agreement or divorce
☑ At least one of the debtors and another        that you did not report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**     ☑ Other. Specify
                                      **Unsecured**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.79**                                         **$6,000.00**

**John Nation**                  Last 4 digits of account number   **1**   **0**   **2**   **0**
Nonpriority Creditor's Name
**4925 Greensville, #200**        When was the debt incurred? _____
Number     Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**       **TX**    **75206**
City            State    ZIP Code

**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                  ☐ Student loans
☐ Debtor 1 and Debtor 2 only        ☐ Obligations arising out of a separation agreement or divorce
☑ At least one of the debtors and another        that you did not report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**     ☑ Other. Specify
                                      **Unsecured**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.80**                    **$1,647.57**

**Jones Kimball law Firm PC**
Nonpriority Creditor's Name
**4305 South Bowen Rd. .#101**
Number  Street

**Arlington**  **TX** **76016**
City    State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **8**   **6**   **6**   **1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.81**                    **$65,000.00**

**Kabbage Funding**
Nonpriority Creditor's Name
**925 B Peachtree St NE #1688**
Number  Street

**Atlanta**  **GA** **30309**
City    State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **5**   **0**   **8**   **9**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.82**                    **$235,000.00**

**KC Capital Partners LLC**
Nonpriority Creditor's Name
**5151 Beltline Rd. #1050**
Number  Street

**Dallas**  **TX** **75254**
City    State ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **B**   **E**   **R**   **T**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

Debtor 1 **James Varga**          Case number (if known) **21-41656-7**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.83**                                 **$15,000.00**

**KC Capital Partners LLC**
Nonpriority Creditor's Name
**5151 Beltline Rd. #1050**
Number   Street

_____

**Dallas**           **TX**    **75254**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **E**   **R**   **T**   **S**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unsecured**

---

**4.84**                                 **$1,100.00**

**KR Enterprises LLC**
Nonpriority Creditor's Name
**605 Parker Dr.**
Number   Street

_____

**Euless**          **TX**    **76039**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **L**   **V**   **I**   **N**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unsecured**

---

**4.85**                                 **$2,870.00**

**LendingUSA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**15303 Ventura Blvd, Ste 850**

_____

**Sherman Oaks**      **CA**    **91403**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **8**   **0**   **9**   **5**
**When was the debt incurred?**   **04/27/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unsecured**

**Charge Off for $2870**
**AFFECTED BY NATURAL DISASTER**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.86**                                                 **$2,800.00**

**Leon Munson Consulting Contractor**
Nonpriority Creditor's Name
**2411 Medlin Dr**
Number      Street

**Arlington**         **TX**    **76015**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.87**                                                      **$1.00**

**Leslie WM Adams & Associates**
Nonpriority Creditor's Name
**3700 Buffalo Speedway #420**
Number      Street

**Houston**         **TX**    **77098**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7 0 0 1

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.88**                                               **$615,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number      Street

**Austin**         **TX**    **78702**
City          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** W O O D

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

| Debtor 1 | **James Varga** | Case number (if known) | **21-41656-7** |
|---|---|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.89**

**$142,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

**Austin**      **TX**    **78702**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **O   L   I   A**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Unsecured**

---

**4.90**

**$144,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

**Austin**      **TX**    **78702**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **E   R   T   S**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Unsecured**

---

**4.91**

**$158,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

**Austin**      **TX**    **78702**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **I   R   I   E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Unsecured**

---

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.92 | | **$144,000.00** |
|---|---|---|

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

**Austin**     **TX**    **78702**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **T**   **A**   **V**   **E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

| 4.93 | | **$144,000.00** |
|---|---|---|

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

**Austin**     **TX**    **78702**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **T**   **A**   **V**   **E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

| 4.94 | | **$142,500.00** |
|---|---|---|

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

**Austin**     **TX**    **78702**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **E**   **R**   **T**   **S**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

Debtor 1 **James Varga**    Case number (if known) **21-41656-7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.95**    **$160,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number     Street

_____

**Austin**          **TX     78702**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **E   A   V   E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Unsecured**

**4.96**    **$275,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number     Street

_____

**Austin**          **TX     78702**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **S   A   V   E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Unsecured**

**4.97**    **$275,000.00**

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number     Street

_____

**Austin**          **TX     78702**
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **S   A   V   E**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
    **Unsecured**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.98 | | **$275,000.00** |
| --- | --- | --- |

**Loan Rangers Capital Investments, LLC**
Nonpriority Creditor's Name
**2235 E. 6th St. #103**
Number    Street

Last 4 digits of account number    R   O   O   K

**When was the debt incurred?**

**Austin**      **TX**    **78702**
City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

| 4.99 | | **$15,000.00** |
| --- | --- | --- |

**Lost Runner 401K**
Nonpriority Creditor's Name
**609 White Oak St**
Number    Street

Last 4 digits of account number    L   V   I   N

**When was the debt incurred?**

**Allen**      **TX**    **75002**
City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

| 4.100 | | **$1,204.00** |
| --- | --- | --- |

**Lowes**
Nonpriority Creditor's Name
**PO Box 530914**
Number    Street

Last 4 digits of account number    5   5   3   3

**When was the debt incurred?**

**Atlanta**      **GA**    **30353**
City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

Debtor 1   **James Varga**          Case number (if known)   **21-41656-7**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.101**                                  **$98,000.00**

**Mary Frosto**
Nonpriority Creditor's Name
**4625 Pinon St**
Number     Street

**Flower Mound**       **TX**     **75028**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **L   O   T   S**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Unsecured**

---

**4.102**                                  **$104,750.00**

**Mary Frosto**
Nonpriority Creditor's Name
**4625 Pinon Street**
Number     Street

**Flower Mound**       **TX**     **75028**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Unsecured**

---

**4.103**                                  **$102.00**

**Mercury/FBT**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 84064**

**Columbus**          **GA**     **31908**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Current Account**

Last 4 digits of account number    **5   8   9   9**

**When was the debt incurred?**    **09/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.104

**Merrick Bank/CardWorks**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 9201**

**Old Bethpage**    **NY**   **11804**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Current Account**
**DISPUTE RESOLVED-CONSUMER DISAGREES**
**ACCOUNT IN DISPUTE**

**$820.00**

**Last 4 digits of account number**   **3**  **3**  **2**  **1**

**When was the debt incurred?**   **06/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

### 4.105

**National Multicultural Heritage Museum**
Nonpriority Creditor's Name
**FKA NCOFCMH, TX Non-Profit**
Number    Street
**2041 Scott Ave #100**

**Fort Worth**    **TX**   **76103**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$150,000.00**

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Unsecured**

Debtor 1    **James Varga**                    Case number (if known)   **21-41656-7**

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.106**                                                **$52,000.00**

**Nebraska Furniture Co**
Nonpriority Creditor's Name
**5600 Nebraska Furn Mart Dr.**
Number     Street

**The Colony**        **TX**    **75056**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8**   **7**   **2**   **3**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.107**                                                **$214.26**

**North Texas Tollway**
Nonpriority Creditor's Name
**PO Box 660244**
Number     Street

**Dallas**           **TX**    **75266**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3**   **2**   **9**   **2**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.108**                                                **$305.00**

**North Texas Tollway**
Nonpriority Creditor's Name
**PO Box 660244**
Number     Street

**Dallas**           **TX**    **75266**
City             State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5**   **6**   **5**   **7**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.109**                      **$230.08**

**North Texas Tollway**
Nonpriority Creditor's Name
**PO Box 660244**
Number     Street

**Dallas**           **TX**    **75266**
City             State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   2   4   3   7
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Unsecured**

---

**4.110**                      **$77.21**

**North Texas Tollway**
Nonpriority Creditor's Name
**PO Box 660244**
Number     Street

**Dallas**           **TX**    **75266**
City             State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   2   8   5   5
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Unsecured**

---

**4.111**                      **$950.00**

**Oakcliff Offie Products**
Nonpriority Creditor's Name
**1876 Lone Star Dr.**
Number     Street

**Dallas**           **TX**    **75212**
City             State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __   __   __   __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Unsecured**

---

Debtor 1    **James Varga**                                  Case number (if known)    **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.112**                                           **$29,000.00**

**Pacific Coast Supply**
Nonpriority Creditor's Name
**4290 Roseville Rd.**
Number     Street

**North Highlands     CA     95660-5170**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   3   0   2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Abstract Judgment**

---

**4.113**                                           **$16,500.00**

**Pearl Capital/Peral Delta Funding LLC**
Nonpriority Creditor's Name
**80 State Street**
Number     Street

**Albany           NY     12207**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.114**                                           **$150,000.00**

**Pinnacle Bank Texas**
Nonpriority Creditor's Name
**c/o Jim Austin**
Number     Street
**6750 Bridge St.**

**Fort Worth         TX     76112**
City               State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   R   N   O   N

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.115**

                                                              **$105,750.00**

**Planet Home Lending**
Nonpriority Creditor's Name
**PO Box 1001**
Number    Street

Last 4 digits of account number    D   R   E   W

When was the debt incurred?

**Meriden**    **CT**    **06450**
City    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

---

**4.116**

                                                              **$95,000.00**

**PMR Home Concepts, LLC**
Nonpriority Creditor's Name
**c/0 Ronald MIntosh**
Number    Street
**7205 Cloverglen Dr.**

Last 4 digits of account number    Y   A   V   E

When was the debt incurred?

**Dallas**    **TX**   **75249**
City    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

---

**4.117**

                                                              **$45,000.00**

**Projects & PLans DFW LLC**
Nonpriority Creditor's Name
**341 W. Jefferson #750**
Number    Street

Last 4 digits of account number    8   2   0   0

When was the debt incurred?

**Dallas**    **TX**   **75208**
City    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

---

Debtor 1 **James Varga**   Case number (if known) **21-41656-7**

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.118** | | **$1.00**

**Projects & Plans FW LLC**
Nonpriority Creditor's Name
**351 W. Jefferson**
Number       Street

**Dallas**          **TX**      **75208**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **8   2   0   0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.119** | | **$15,000.00**

**Quest IRA Inc**
Nonpriority Creditor's Name
**FBO Alvin McCathen IRA#1584611**
Number       Street
**17171 Park Row, #100**

**Houston**          **TX**      **77084**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **L   V   I   N**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.120** | | **$105,000.00**

**Quest IRA, Inc FBO Ronald McIntosh IRA**
Nonpriority Creditor's Name
**c/o Robert McIntosh**
Number       Street
**7205 Cloverglen Dr.**

**Dallas**          **TX**      **75249**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **Y   A   V   E**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

Debtor 1   **James Varga**        Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.121**                                                  **$100,000.00**

**Quest Trust Co**
Nonpriority Creditor's Name
**FBO DAvid Mudd IRA 33381021**
Number      Street
**17171 Park Row #100**

**Houston**        **TX**    **77084**
City            State    ZIP Code

**Last 4 digits of account number**    L   A   N   E

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

---

**4.122**                                                  **$100,000.00**

**Quest Trust Co**
Nonpriority Creditor's Name
**FBO avid Mudd IRA #3381021**
Number      Street
**17171 Park Row #100**

**Houston**        **TX**    **77084**
City            State    ZIP Code

**Last 4 digits of account number**    R   A   I   L

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

---

**4.123**                                                  **$5,000.00**

**Quest Trust Co**
Nonpriority Creditor's Name
**FBO Martha Sapien IRA #3236221**
Number      Street
**17171 Park Row #100**

**Houston**        **TX**    **77084**
City            State    ZIP Code

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

---

Debtor 1   **James Varga**          Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.124**                                            **$175,000.00**

**Quest Trust Co FBO Susan Graham**
Nonpriority Creditor's Name
**IRA361811**
Number     Street
**17171 Park Row #100**

**Houston**         **TX**    **77084**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **R**   **A**   **I**   **L**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.125**                                              **$435,050.00**

**Quest Trust Co FBO Susan Graham**
Nonpriority Creditor's Name
**Roth IRA 3361811 Individual Trust**
Number     Street
**17171 Park Row #100**

**Houston**         **TX**    **77084**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

---

**4.126**                                              **$600,000.00**

**Quest Trust Company**
Nonpriority Creditor's Name
**FBO Susan Graham**
Number     Street
**Roth IRA 3361821 Individual Trust**

**902 Melissa Lane**

**Garland**         **TX**    **75040**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.127

**Quest Trust Company FBO SUsan Graham**
Nonpriority Creditor's Name
**HSA 3361871 Individual Trust**
Number    Street
**17171 Park Row #100**

**Houston**    **TX**    **77084**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$8,950.00**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Unsecured**

### 4.128

**Quest Truste Co**
Nonpriority Creditor's Name
**FBO Martha Sapien IRA#3236221**
Number    Street
**17171 Park Row #10**

**Houston**    **TX**    **77084**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$5,000.00**

**Last 4 digits of account number** __A__ __I__ __L__ __S__
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Unsecured**

### 4.129

**R.E. Sweeney Company Inc**
Nonpriority Creditor's Name
**3700 Noble Ave**
Number    Street
**PO Box 1921**

**Fort Worth**    **TX**    **76101**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$89,618.00**

**Last 4 digits of account number** __3__ __1__ __3__ __0__
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Unsecured**

Debtor 1 **James Varga**                                    Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.130 | | **$29,000.00** |
|---|---|---|

**R.E. Sweeny Lumber Co**
Nonpriority Creditor's Name
**c/o Pamela Ashcraft Tucker et al**
Number     Street
**1702 N. Collins #100**

**Richardson              TX      75080**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **3  1  3  0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

| 4.131 | | **$47,114.00** |
|---|---|---|

**Regions Bank**
Nonpriority Creditor's Name
**PO Box 11007**
Number     Street

**Birmingham              AL      35288**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**auto repo'd 3/7/2021**

**Last 4 digits of account number**  **2  0  4  6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

| 4.132 | | **$35,000.00** |
|---|---|---|

**Resdoor Co Div of R.E. Sweeny Lumber**
Nonpriority Creditor's Name
**3700 Noble Ave**
Number     Street

**Fort Worth              TX      76101**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **3  1  3  0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

Debtor 1 **James Varga**  Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.133

**Robert Eden Attorney at Law**
Nonpriority Creditor's Name
**Matews & Beanland LLP**
Number      Street
**8131 LBJ Freeway #700**

**Dallas**                    **TX**    **75251**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0   3   0   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**$35,000.00**

### 4.134

**Robert Half & Associates**
Nonpriority Creditor's Name
**14951 N. Dallas Pkwy #350**
Number      Street

**Dallas**                    **TX**    **75254**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2   4   1   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**$65,000.00**

### 4.135

**Robert Half Int'l dba Account Temps**
Nonpriority Creditor's Name
**c/o Jameson and Dunagan PC**
Number      Street
**5429 LBJ Freeway #700**

**Dallas**                    **TX**    **75240**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0   1   6   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Abstract Judgment**

**$39,620.63**

Debtor 1  **James Varga**                                    Case number (if known)  **21-41656-7**

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.136**                                                                              **$29,636.00**

**Sage Software**
Nonpriority Creditor's Name
**300 Park Ave #1400**
Number        Street

_____

**San Jose**                    **CA    95110**
City                      State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6  8  8  1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Unsecured**

**4.137**                                                                              **$52,000.00**

**Sharon Sjostrom Attorney**
Nonpriority Creditor's Name
**Nebraska Furniture Co**
Number        Street
**4851 LBJ Freeway #700**

**Dallas**                    **TX    75244**
City                      State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5  6  1  2**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Unsecured**

**4.138**                                                                              **$22,897.00**

**Sherwin Williams**
Nonpriority Creditor's Name
**913 Melbourne Rd.**
Number        Street

**Hurst**                    **TX    76053-4632**
City                      State    ZIP Code
**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1  3  4  2**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Abstract Judgment**

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.139**

**$9,384.00**

**SST/Medallion**
Nonpriority Creditor's Name
**4315 Pickett Rd.**
Number    Street

**Saint Joseph**      **MO**    **64503**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **0**   **0**   **4**   **5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
    **Unsecured**

**4.140**

**$40,000.00**

**Stantec Consulting Serv Inc.**
Nonpriority Creditor's Name
**12222 Merit Dr. #400**
Number    Street

**Dallas**      **TX**    **75251**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **9**   **0**   **3**   **1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
    **Unsecured**

**4.141**

**$1,598.00**

**State Farm Insurance**
Nonpriority Creditor's Name
**1620 Dodge St.**
Number    Street

**Omaha**      **NE**    **68197**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **1**   **8**   **8**   **8**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
    **Unsecured**

Debtor 1 __James Varga__      Case number (if known) __21-41656-7__

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|
| | $2,286.00 |

**4.142**

**State Farm Insurance**
Nonpriority Creditor's Name
**PO Box 680001**
Number    Street

_____

**Dallas**     **TX**    **75270**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

| | |
|---|---|
| | $1,300.00 |

**4.143**

**State Farm Insurance**
Nonpriority Creditor's Name
**PO Box 853925**
Number    Street

_____

**Richardson**     **TX**    **75085**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __6__ __8__ __0__ __8__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

| | |
|---|---|
| | $1,399.20 |

**4.144**

**State Fram Inssurance**
Nonpriority Creditor's Name
**3330 Matlock Rd #125**
Number    Street

_____

**Arlington**     **TX**    **76015**
City      State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __4__ __4__ __9__ __R__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

---

Debtor 1 __James Varga__   Case number (if known) __21-41656-7__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.145** | **$10,000.00**

**Stream Energy**
Nonpriority Creditor's Name
**PO Box 650026**
Number       Street

**Dallas**          **TX**    **75265**
City              State    ZIP Code

Last 4 digits of account number  __1__  __1__  __7__  __6__

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.146** | **$300,000.00**

**Susan Graham**
Nonpriority Creditor's Name
**902 Melissa Lane**
Number       Street

**Garland**          **TX**    **75040**
City              State    ZIP Code

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.147** | **$557.00**

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 965060**

**Orlando**          **FL**    **32896**
City              State    ZIP Code

Last 4 digits of account number  __0__  __2__  __1__  __4__

When was the debt incurred? __08/2019__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Charge Account**

**Charge Off for $557 on 06/21**

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

### 4.148

|  | **$984.00** |

**Synchrony Bank/Lowes**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando**      **FL**    **32896**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Charge Off for $984 on 05/21**

Last 4 digits of account number   **5**   **5**   **3**   **3**
When was the debt incurred?    **05/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
    **Charge Account**

### 4.149

|  | **$1,306.00** |

**Synchrony/PayPal Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando**      **FL**    **32896**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Charge Off for $1306 on 05/21**

Last 4 digits of account number   **6**   **4**   **6**   **1**
When was the debt incurred?    **11/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
    **Credit Card**

### 4.150

|  | **$354.46** |

**Texas Pulmonary Consultants**
Nonpriority Creditor's Name
**PO Box 612344**
Number    Street

**Dallas**      **TX**    **75261**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number   **0**   **4**   **1**   **1**
When was the debt incurred?   

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
    **Unsecured**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

    **Total claim**

### 4.151

**Unknown**

**Texas Trust CU**
Nonpriority Creditor's Name
**500 W 7th Street #600**
Number   Street

| **Fort Worth** | **TX** | **76102** |
| --- | --- | --- |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   9   4   2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Abstract Judgment**

### 4.152

**$156,000.00**

**Texas Trust CU Office Lease**
Nonpriority Creditor's Name
**c/o SVN Trinity Advisors**
Number   Street
**3000 Race Street #100**

| **Fort Worth** | **TX** | **76111** |
| --- | --- | --- |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   9   4   2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Abstract Judgment**

### 4.153

**$15,000.00**

**Tri-Steel LLC**
Nonpriority Creditor's Name
**5709 Jacksboro Highway**
Number   Street

| **Fort Worth** | **TX** | **76114** |
| --- | --- | --- |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   0   1   8

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

Debtor 1 **James Varga**          Case number (if known)   **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.154**

**$15,000.00**

**Turn-Key Development LLC**
Nonpriority Creditor's Name
**4101 W. Green Oaks Blvd. #305-226**
Number    Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Arlington**      **TX**   **76016**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Unsecured**

**4.155**

**$1,587.00**

**TX Tags**
Nonpriority Creditor's Name
**PO Box 650749**
Number    Street

Last 4 digits of account number   **4**  **9**  **6**  **5**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**      **TX**   **75265**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Unsecured**

**4.156**

**$10,732.26**

**TX Tags**
Nonpriority Creditor's Name
**PO Box 650749**
Number    Street

Last 4 digits of account number   **2**  **3**  **6**  **1**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**      **TX**   **75265**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Unsecured**

Debtor 1 **James Varga**  Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.157**
**$55.67**

**Tx Tags**
Nonpriority Creditor's Name
**PO Box 640749**
Number      Street

_____

**Dallas**                    **TX**      **75265**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **6  6  1  0**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**4.158**
**$30,000.00**

**Unique Funding Solutions LLC**
Nonpriority Creditor's Name
**2715 Coney Island Ave**
Number      Street

_____

**Brooklyn**                   **NY**      **11235**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2  0  1  8**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

Debtor 1 **James Varga**        Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.159**                                               **$1,100.00**

**United Revenue Corp.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**204 Billings Street Ste 120**

**Arlington**      **TX**    **76010**
City          State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Original Creditor Name: TEXAS PHYSICIAN RESOURCES**
**Collection**
**Account Closed**

**Last 4 digits of account number**   **5**   **3**   **4**   **0**

**When was the debt incurred?**   **06/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting For - TEXAS PHYSICIAN RESOURCES**

---

**4.160**                                               **$26,598.00**

**Urban Design Partners LLC**
Nonpriority Creditor's Name
**Ken Schumburg**
Number    Street
**8430 Blue Heron Ct.**

**Fort Worth**      **TX**    **76108**
City          State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0**   **0**   **1**   **8**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

Debtor 1   **James Varga**        Case number (if known)  **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.161

**$175,000.00**

**Vaughn & Ramsey Attorney**
Nonpriority Creditor's Name
**2000 E> Lamar Blvd. #400**
Number     Street

**Arlington**        **TX**    **76006**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0   2   9   9

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

### 4.162

**$300,000.00**

**Vaughn & Ramsey Attorney**
Nonpriority Creditor's Name
**2000 E. Lamar Blvd. #400**
Number     Street

**Arlington**        **TX**    **76006**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0   3   9   9

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

### 4.163

**$115,000.00**

**Velocity Commercial Capital LLC**
Nonpriority Creditor's Name
**30699 Russell Ranch Rd. #295**
Number     Street

**Westlake Village**      **CA**    **91362**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    R   I   O   N

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured**

Debtor 1 **James Varga**                    Case number (if known) **21-41656-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.164**                                                                    **$105,750.00**

**Velocity Commercial Capital LLC**
Nonpriority Creditor's Name
**30699 Russell Ranch Rd. #295**
Number      Street

_____

**Westlake Village      CA      91362**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **D    R    E    W**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.165**                                                                    **$330,000.00**

**Velocity Commercial Capital LLC**
Nonpriority Creditor's Name
**30699 Russell Ranch Rd. #295**
Number      Street

_____

**Westlake Village      CA      91362**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **I    N    D    R**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

---

**4.166**                                                                    **$12,000.00**

**Viola & Associates**
Nonpriority Creditor's Name
**PO BOx 2868**
Number      Street

_____

**North Richland Hills      TX      76180**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **R    A    I    L**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

Debtor 1    **James Varga**                                    Case number (if known) __21-41656-7__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.167**

                                                                    **$12,000.00**

**Warrior Dumpster**                    Last 4 digits of account number    __1__  __5__  __6__  __2__
Nonpriority Creditor's Name
**10127 Wildhorsa Pkwy**               **When was the debt incurred?**    _____
Number      Street
                                        **As of the date you file, the claim is:** Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed
**San Antonio**          **TX**   **78254**
City                     State    ZIP Code
**Who incurred the debt?**   Check one.   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☒ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                        ☒ Other. Specify
☒ **Check if this claim is for a community debt**    **Unsecured**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.168**

                                                                    **$1.00**

**Wendy Burgess Tarrant County Tax Assesso**  Last 4 digits of account number    __5__  __3__  __1__  __7__
Nonpriority Creditor's Name
**100 E Weatherford**                  **When was the debt incurred?**    _____
Number      Street
                                        **As of the date you file, the claim is:** Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed
**Fort Worth**           **TX**   **76196**
City                     State    ZIP Code
**Who incurred the debt?**   Check one.   **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☒ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                        ☒ Other. Specify
☒ **Check if this claim is for a community debt**    **Unsecured**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1   **James Varga**        Case number (if known)   **21-41656-7**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

**First Premier**
Name
**601 S> Minnesota**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.60** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Sioux Falls**    **SD**    **57104**
City    State    ZIP Code

Last 4 digits of account number   __ __ __ __

**J Javier Anziani**
Name
**Freedman & Price PC**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin**    **TX**    **78701**
City    State    ZIP Code

Last 4 digits of account number   __ __ __ __

**Matthew Taplett**
Name
**Pope Hardwicke Christie et al**
Number    Street
**500 W i7th Street $600**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.152** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Fort Worth**    **TX**    **76102**
City    State    ZIP Code

Last 4 digits of account number   3   9   4   2

**Michael Bernstein**
Name
**416 S Third Street**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.135** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Garland**    **TX**    **75040-6426**
City    State    ZIP Code

Last 4 digits of account number   __ __ __ __

**Randall Adair**
Name
**325 N. St Paul Street $1400**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.138** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Dallas**    **TX**    **75201**
City    State    ZIP Code

Last 4 digits of account number   1   3   4   2

**Robert Florance IV**
Name
**500 WWW 7th Street #600**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.151** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Fort Worth**    **TX**    **76102**
City    State    ZIP Code

Last 4 digits of account number   __ __ __ __

Debtor 1    **James Varga**       Case number (if known)   **21-41656-7**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
| --- | --- |

**Sharon Sjostrom  Attorney**
Name
**Nebraska Furniture Company**
Number    Street
**4851 LBJ Freeway #700**

**Dallas**      **TX**    **75244**
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.106** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **5**   **6**   **1**   **2**

Debtor 1     **James Varga**                                              Case number (if known)  **21-41656-7**

**6.**    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + $0.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + $13,633,374.74 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $13,633,374.74 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Varga** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-41656-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Toyota Financial Services** | **Lease** |
| Name | **Current Account** |
| **Attn: Bankruptcy** | **2020 Rav 4** |
| Number    Street | **Contract to be ASSUMED** |
| **PO Box 8026** | |
| **Cedar Rapids** **IA** **52409** | |
| City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **James** | **Varga** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-41656-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes

   In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Bridget Varga**
   Name of your spouse, former spouse, or legal equivalent
   **4215 Southcrest Dr.**
   Number     Street

   **Arlington**                    **TX**          **76013**
   City                             State       ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Spouse Name Not Entered** |
|---|---|
| | Name |

Number     Street

City                    State     ZIP Code

☐ Schedule D, line _____

☒ Schedule E/F, line **4.1**

☐ Schedule G, line _____

**5828 Cubesmart TX FW Rosedale St**

Debtor 1 __James Varga__     Case number (if known) __21-41656-7__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**     Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.2__
☐ Schedule G, line _____
**Acumatica The Cloud ERP**

**3.3**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.3__
☐ Schedule G, line _____
**Affirm, Inc.**

**3.4**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.4__
☐ Schedule G, line _____
**Albert 360**

**3.5**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.5__
☐ Schedule G, line _____
**American Express**

**3.6**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.6__
☐ Schedule G, line _____
**American Express**

**3.7**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.7__
☐ Schedule G, line _____
**Angel Jaramillo**

**3.8**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __1__
☐ Schedule G, line _____
**Arthur E. Anthony**

Debtor 1    **James Varga**       Case number (if known)   **21-41656-7**

### Additional Page to List More Codebtors

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.9**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.8**
- ☐ Schedule G, line _____

**AT&T Wireless**

**3.10**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.9**
- ☐ Schedule G, line _____

**Attorney of Law**

**3.11**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.10**
- ☐ Schedule G, line _____

**Balboa Capital Corp**

**3.12**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.11**
- ☐ Schedule G, line _____

**Baloba Capital**

**3.13**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.12**
- ☐ Schedule G, line _____

**Beacon Sales Acquisition Inc**

**3.14**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.13**
- ☐ Schedule G, line _____

**Beacon Supply Acqusition Inc.**

**3.15**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.14**
- ☐ Schedule G, line _____

**Bill Blankenship Contracting Inc**

Debtor 1   **James Varga**        Case number (if known)   **21-41656-7**

## Additional Page to List More Codebtors

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.16**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.15**
☐ Schedule G, line _____
**Boa Credit Card**

**3.17**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Boa Credit Card**

**3.18**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Brian Smith Attorney**

**3.19**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Capital One**

**3.20**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Capstone Capital Partners, LLC**

**3.21**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.20**
☐ Schedule G, line _____
**Capstone Capital Partners, LLC**

**3.22**   **Spouse Name Not Entered**
Name

Number      Street

City         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.21**
☐ Schedule G, line _____
**Capstone Capital Partners, LLC**

Debtor 1 **James Varga**                                      Case number (if known) __**21-41656-7**__

| | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.23**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.22**__
☐ Schedule G, line _____
**Capstone Fund LLC**

**3.24**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.23**__
☐ Schedule G, line _____
**Capstone Fund LLC**

**3.25**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.24**__
☐ Schedule G, line _____
**Capstone Fund, LLC**

**3.26**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.25**__
☐ Schedule G, line _____
**Capstone Fund, LLC**

**3.27**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.26**__
☐ Schedule G, line _____
**Capstone Lending Trust**

**3.28**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.27**__
☐ Schedule G, line _____
**Chase Credit Card**

**3.29**  **Spouse Name Not Entered**
Name
_____
Number     Street
_____
_____
City                     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.28**__
☐ Schedule G, line _____
**Chase Credit Card**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Additional Page to List More Codebtors** |
|---|

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.30**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.29**_
☐ Schedule G, line _____
**Citibank NA, A Federal Natl Assoc**

---

**3.31**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.30**_
☐ Schedule G, line _____
**City of Fort Worth**

---

**3.32**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.31**_
☐ Schedule G, line _____
**City of FW**

---

**3.33**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.32**_
☐ Schedule G, line _____
**Cloyd Investments**

---

**3.34**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.33**_
☐ Schedule G, line _____
**Cloyd Investments**

---

**3.35**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.34**_
☐ Schedule G, line _____
**Cowtown Redi Mix Concrete**

---

**3.36**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line _**4.35**_
☐ Schedule G, line _____
**Credit One Bank**

---

Debtor 1    **James Varga**                    Case number (if known)    **21-41656-7**

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                 Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.37**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.36**
☐ Schedule G, line _____
**Credit One Bank**

**3.38**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.37**
☐ Schedule G, line _____
**Credit One Bank**

**3.39**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.38**
☐ Schedule G, line _____
**Credit One Bank**

**3.40**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.39**
☐ Schedule G, line _____
**Credit Systems International, Inc**

**3.41**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.40**
☐ Schedule G, line _____
**CTG Tech LLC**

**3.42**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.41**
☐ Schedule G, line _____
**Cytracom**

**3.43**    **Spouse Name Not Entered**
Name

Number      Street

City              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.42**
☐ Schedule G, line _____
**Davide Mudd**

Debtor 1 __James Varga__        Case number (if known) __21-41656-7__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.43__
☐ Schedule G, line _____
**Delange Landen Financial Serv LLC**

| 3.45 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.44__
☐ Schedule G, line _____
**DFW Office Systems**

| 3.46 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.45__
☐ Schedule G, line _____
**DHLC Mortgage, LLC**

| 3.47 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☑ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Direct Capital Div of Citibank NA**

| 3.48 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.46__
☐ Schedule G, line _____
**Dirt-Tech Constructino & Excavation**

| 3.49 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __2__
☐ Schedule G, line _____
**EBSHarley Davidson R**

| 3.50 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number    Street |
| | City    State    ZIP Code |

☑ Schedule D, line __2.2__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Emvlp Llc/fis**

Debtor 1 __James Varga__      Case number (if known) __21-41656-7__

| | **Additional Page to List More Codebtors** |
|---|---|

Column 1: **Your codebtor**      Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.51**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.47__
☐ Schedule G, line _____
**Equity Trust Co Custodian FBO**

**3.52**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.48__
☐ Schedule G, line _____
**Equity Trust Company**

**3.53**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.49__
☐ Schedule G, line _____
**Equity Trust Company Custodian**

**3.54**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.50__
☐ Schedule G, line _____
**Equity Trust Company FBO**

**3.55**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.51__
☐ Schedule G, line _____
**Equityi Trust Co Custodian**

**3.56**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.52__
☐ Schedule G, line _____
**Everest Business Funding**

**3.57**   **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.53__
☐ Schedule G, line _____
**Exact Land Durvey**

Debtor 1 __James Varga__      Case number (if known) __21-41656-7__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.58 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.54__
☐ Schedule G, line _____
**FA-Lending USA**

| 3.59 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.55__
☐ Schedule G, line _____
**First Bank Card**

| 3.60 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.56__
☐ Schedule G, line _____
**First Bankcard**

| 3.61 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.57__
☐ Schedule G, line _____
**First Funding GB LLC**

| 3.62 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.58__
☐ Schedule G, line _____
**First National Bank**

| 3.63 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __5.1__
☐ Schedule G, line _____
**First Premier**

| 3.64 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.59__
☐ Schedule G, line _____
**First Premier Bank**

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

| **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**      Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.65**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.60**
☐ Schedule G, line _____
**First Premier Bank**

---

**3.66**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.61**
☐ Schedule G, line _____
**Fort Worth Community C**

---

**3.67**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.62**
☐ Schedule G, line _____
**Fort Worth Community C**

---

**3.68**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.63**
☐ Schedule G, line _____
**Fund Box Loans**

---

**3.69**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.64**
☐ Schedule G, line _____
**FW Community CU**

---

**3.70**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.65**
☐ Schedule G, line _____
**FW Community CU**

---

**3.71**

**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.66**
☐ Schedule G, line _____
**GCTK Merritt LLC**

---

Debtor 1 __James Varga__      Case number (if known) __21-41656-7__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.72** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.67__
- ☐ Schedule G, line _____
**GCTK Merritt LLC**

**3.73** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.68__
- ☐ Schedule G, line _____
**Global Realty Management TX Inc**

**3.74** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.69__
- ☐ Schedule G, line _____
**Handsome Web LLC**

**3.75** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☑ Schedule D, line __2.3__
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____
**Harley Davidson Financial**

**3.76** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.70__
- ☐ Schedule G, line _____
**Hawaiian Airlines Master Credit Card**

**3.77** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.71__
- ☐ Schedule G, line _____
**Hawaiian Airlines Master Credit Card**

**3.78** | **Spouse Name Not Entered**
Name

Number    Street

City     State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.72__
- ☐ Schedule G, line _____
**Internal Revenue Service**

Debtor 1 __James Varga_____    Case number (if known) __21-41656-7__

| | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.79** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.73__
☐ Schedule G, line _____
**Internal Revenue Service**

**3.80** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.74__
☐ Schedule G, line _____
**Internal Revenue Service**

**3.81** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.75__
☐ Schedule G, line _____
**Investment Colleagues LLC**

**3.82** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __5.2__
☐ Schedule G, line _____
**J Javier Anziani**

**3.83** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.76__
☐ Schedule G, line _____
**Jack Roomigh Aia**

**3.84** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.77__
☐ Schedule G, line _____
**JC Taylor Contracting Inc.**

**3.85** | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.78__
☐ Schedule G, line _____
**Jennifer Rymell County Court Law #2**

Debtor 1 __James Varga__      Case number (if known) __21-41656-7__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**      Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.86**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.79__
☐ Schedule G, line ____
**John Nation**

**3.87**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.80__
☐ Schedule G, line ____
**Jones Kimball law Firm PC**

**3.88**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.81__
☐ Schedule G, line ____
**Kabbage Funding**

**3.89**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.82__
☐ Schedule G, line ____
**KC Capital Partners LLC**

**3.90**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.83__
☐ Schedule G, line ____
**KC Capital Partners LLC**

**3.91**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.84__
☐ Schedule G, line ____
**KR Enterprises LLC**

**3.92**   **Spouse Name Not Entered**
Name

Number   Street

City     State     ZIP Code

☐ Schedule D, line ____
☑ Schedule E/F, line __4.85__
☐ Schedule G, line ____
**LendingUSA**

Debtor 1   **James Varga**                                   Case number (if known)   **21-41656-7**

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                          Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.93 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.86**
☐ Schedule G, line _____
**Leon Munson Consulting Contractor**

| 3.94 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.87**
☐ Schedule G, line _____
**Leslie WM Adams & Associates**

| 3.95 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.88**
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

| 3.96 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.89**
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

| 3.97 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.90**
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

| 3.98 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.91**
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

| 3.99 | **Spouse Name Not Entered** |
|------|------------------------------|

Name

Number        Street

City                             State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.92**
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

Debtor 1 __James Varga__            Case number (if known) __21-41656-7__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**          Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.100**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.93__
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

**3.101**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.94__
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

**3.102**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.95__
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

**3.103**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.96__
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

**3.104**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.97__
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

**3.105**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.98__
☐ Schedule G, line _____
**Loan Rangers Capital Investments, LLC**

**3.106**   **Spouse Name Not Entered**
Name

Number     Street

City          State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.99__
☐ Schedule G, line _____
**Lost Runner 401K**

Debtor 1    __James Varga_____    Case number (if known) __21-41656-7__

| | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.107**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.100__
☐ Schedule G, line _____
**Lowes**

**3.108**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.101__
☐ Schedule G, line _____
**Mary Frosto**

**3.109**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.102__
☐ Schedule G, line _____
**Mary Frosto**

**3.110**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __5.3__
☐ Schedule G, line _____
**Matthew Taplett**

**3.111**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.103__
☐ Schedule G, line _____
**Mercury/FBT**

**3.112**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __4.104__
☐ Schedule G, line _____
**Merrick Bank/CardWorks**

**3.113**   **Spouse Name Not Entered**
Name
_____
Number      Street
_____
_____
City                    State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  __5.4__
☐ Schedule G, line _____
**Michael Bernstein**

Debtor 1   **James Varga**      Case number (if known)   **21-41656-7**

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.114**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.105**
☐ Schedule G, line _____
**National Multicultural Heritage Museum**

**3.115**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.106**
☐ Schedule G, line _____
**Nebraska Furniture Co**

**3.116**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.107**
☐ Schedule G, line _____
**North Texas Tollway**

**3.117**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.108**
☐ Schedule G, line _____
**North Texas Tollway**

**3.118**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.109**
☐ Schedule G, line _____
**North Texas Tollway**

**3.119**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.110**
☐ Schedule G, line _____
**North Texas Tollway**

**3.120**    **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.111**
☐ Schedule G, line _____
**Oakcliff Offie Products**

Debtor 1   **James Varga**                                        Case number (if known)   **21-41656-7**

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.121** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.112**
☐ Schedule G, line _____
**Pacific Coast Supply**

**3.122** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.113**
☐ Schedule G, line _____
**Pearl Capital/Peral Delta Funding LLC**

**3.123** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.114**
☐ Schedule G, line _____
**Pinnacle Bank Texas**

**3.124** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.115**
☐ Schedule G, line _____
**Planet Home Lending**

**3.125** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.116**
☐ Schedule G, line _____
**PMR Home Concepts, LLC**

**3.126** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.117**
☐ Schedule G, line _____
**Projects & PLans DFW LLC**

**3.127** | **Spouse Name Not Entered**
Name

Number       Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.118**
☐ Schedule G, line _____
**Projects & Plans FW LLC**

Debtor 1     __James Varga__                                          Case number (if known)   __21-41656-7__

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.128**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.119__
☐ Schedule G, line _____
**Quest IRA Inc**

**3.129**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.120__
☐ Schedule G, line _____
**Quest IRA, Inc FBO Ronald McIntosh IRA**

**3.130**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.121__
☐ Schedule G, line _____
**Quest Trust Co**

**3.131**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.122__
☐ Schedule G, line _____
**Quest Trust Co**

**3.132**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.123__
☐ Schedule G, line _____
**Quest Trust Co**

**3.133**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.124__
☐ Schedule G, line _____
**Quest Trust Co FBO Susan Graham**

**3.134**  **Spouse Name Not Entered**
Name
_____
Number       Street
_____
_____
City                State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.125__
☐ Schedule G, line _____
**Quest Trust Co FBO Susan Graham**

Debtor 1 __James Varga__     Case number (if known) __21-41656-7__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**      Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.135 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.126__
☐ Schedule G, line _____
**Quest Trust Company**

| 3.136 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.127__
☐ Schedule G, line _____
**Quest Trust Company FBO SUsan Graham**

| 3.137 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.128__
☐ Schedule G, line _____
**Quest Truste Co**

| 3.138 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.129__
☐ Schedule G, line _____
**R.E. Sweeney Company Inc**

| 3.139 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.130__
☐ Schedule G, line _____
**R.E. Sweeny Lumber Co**

| 3.140 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __5.5__
☐ Schedule G, line _____
**Randall Adair**

| 3.141 | **Spouse Name Not Entered** |
|---|---|

Name

Number    Street

City     State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.131__
☐ Schedule G, line _____
**Regions Bank**

Debtor 1    **James Varga**                                                    Case number (if known)    **21-41656-7**

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.142    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.132**
☐ Schedule G, line _____
**Resdoor Co Div of R.E. Sweeny Lumber**

3.143    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.133**
☐ Schedule G, line _____
**Robert Eden Attorney at Law**

3.144    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.6**
☐ Schedule G, line _____
**Robert Florance IV**

3.145    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.134**
☐ Schedule G, line _____
**Robert Half & Associates**

3.146    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.135**
☐ Schedule G, line _____
**Robert Half Int'l dba Account Temps**

3.147    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.136**
☐ Schedule G, line _____
**Sage Software**

3.148    **Spouse Name Not Entered**
Name
_____
Number        Street
_____
_____
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.7**
☐ Schedule G, line _____
**Sharon Sjostrom  Attorney**

Debtor 1 __James Varga__    Case number (if known) __21-41656-7__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.149**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.137__
☐ Schedule G, line _____
**Sharon Sjostrom Attorney**

**3.150**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.138__
☐ Schedule G, line _____
**Sherwin Williams**

**3.151**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.139__
☐ Schedule G, line _____
**SST/Medallion**

**3.152**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.140__
☐ Schedule G, line _____
**Stantec Consulting Serv Inc.**

**3.153**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.141__
☐ Schedule G, line _____
**State Farm Insurance**

**3.154**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.142__
☐ Schedule G, line _____
**State Farm Insurance**

**3.155**
**Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.143__
☐ Schedule G, line _____
**State Farm Insurance**

Debtor 1 __James Varga__    Case number (if known) __21-41656-7__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.156 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.144__
☐ Schedule G, line _____
**State Fram Inssurance**

3.157 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.145__
☐ Schedule G, line _____
**Stream Energy**

3.158 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.146__
☐ Schedule G, line _____
**Susan Graham**

3.159 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.147__
☐ Schedule G, line _____
**Synchrony Bank/Amazon**

3.160 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.148__
☐ Schedule G, line _____
**Synchrony Bank/Lowes**

3.161 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.149__
☐ Schedule G, line _____
**Synchrony/PayPal Credit**

3.162 | **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☑ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Systems & Services Technologies, Inc.**

Debtor 1 __James Varga__    Case number (if known) __21-41656-7__

## Additional Page to List More Codebtors

Column 1: **Your codebtor**    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.163 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.150__
☐ Schedule G, line _____
**Texas Pulmonary Consultants**

3.164 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.151__
☐ Schedule G, line _____
**Texas Trust CU**

3.165 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.152__
☐ Schedule G, line _____
**Texas Trust CU Office Lease**

3.166 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☑ Schedule D, line __2.5__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Toyota Financial Services**

3.167 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.153__
☐ Schedule G, line _____
**Tri-Steel LLC**

3.168 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.154__
☐ Schedule G, line _____
**Turn-Key Development LLC**

3.169 **Spouse Name Not Entered**
Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.155__
☐ Schedule G, line _____
**TX Tags**

Debtor 1 __James Varga__                                        Case number (if known) __21-41656-7__

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                           Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.170 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.156__
☐ Schedule G, line _____
**TX Tags**

3.171 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.157__
☐ Schedule G, line _____
**Tx Tags**

3.172 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.158__
☐ Schedule G, line _____
**Unique Funding Solutions LLC**

3.173 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.159__
☐ Schedule G, line _____
**United Revenue Corp.**

3.174 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.160__
☐ Schedule G, line _____
**Urban Design Partners LLC**

3.175 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.161__
☐ Schedule G, line _____
**Vaughn & Ramsey Attorney**

3.176 **Spouse Name Not Entered**
Name

Number        Street

City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   __4.162__
☐ Schedule G, line _____
**Vaughn & Ramsey Attorney**

Debtor 1    **James Varga**                                    Case number (if known)   **21-41656-7**

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.177 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.163**
☐ Schedule G, line _____
**Velocity Commercial Capital LLC**

| 3.178 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.164**
☐ Schedule G, line _____
**Velocity Commercial Capital LLC**

| 3.179 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.165**
☐ Schedule G, line _____
**Velocity Commercial Capital LLC**

| 3.180 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.166**
☐ Schedule G, line _____
**Viola & Associates**

| 3.181 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.167**
☐ Schedule G, line _____
**Warrior Dumpster**

| 3.182 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☑ Schedule D, line   **2.6**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Wells Fargo**

| 3.183 | **Spouse Name Not Entered** |
| Name |

Number      Street

City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.168**
☐ Schedule G, line _____
**Wendy Burgess Tarrant County Tax Assesso**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Varga** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **21-41656-7** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed | ☑ Employed |
| | ☑ Not employed | ☐ Not employed |
| **Occupation** | Unemployed | Piems Clerk |
| **Employer's name** | | MISD |
| **Employer's address** | | 280 Nelson-Wyatt Rd. |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City        State  Zip Code | Mansfield        TX  76063 |
| | | City        State  Zip Code |
| **How long employed there?** | | 5 years |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $2,463.14 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $2,463.14 |

| Debtor 1 | **James Varga** | | Case number (if known) | **21-41656-7** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................... ➔ | 4. | $0.00 | $2,463.14 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $22.47 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $205.67 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $939.46 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $11.00 |
| | 5h. Other deductions.<br>Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $1,178.60 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $1,284.54 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $2,876.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.<br>Specify: _____ | 8h.+ | $0.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $2,876.00 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,876.00 + $1,284.54 = | $4,160.54 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ | 11. + $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | **$4,160.54**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  | **Debtor anticipates obtaining gainful employment.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Varga** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **21-41656-7** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☒ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☒ No

Do not list Debtor 1 and Debtor 2.          ☐ Yes. Fill out this information for each dependent..............

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4.   _____
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.   Real estate taxes          4a.   _____

4b.   Property, homeowner's, or renter's insurance          4b.   _____

4c.   Home maintenance, repair, and upkeep expenses          4c.   _____

4d.   Homeowner's association or condominium dues          4d.   _____

Debtor 1    **James Varga**                                              Case number (if known)  **21-41656-7**

|  |  | Your expenses |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. |  |
| **6.** | **Utilities:** |  |  |
|  | 6a.  Electricity, heat, natural gas | 6a. | **$238.00** |
|  | 6b.  Water, sewer, garbage collection | 6b. | **$98.00** |
|  | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$200.00** |
|  | 6d.  Other.  Specify:  **Cable $125/cell phones $256** | 6d. | **$381.00** |
| **7.** | **Food and housekeeping supplies** | 7. | **$500.00** |
| **8.** | **Childcare and children's education costs** | 8. |  |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| **10.** | **Personal care products and services** | 10. | **$100.00** |
| **11.** | **Medical and dental expenses** | 11. | **$150.00** |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$250.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| **14.** | **Charitable contributions and religious donations** | 14. |  |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
|  | 15a.  Life insurance | 15a. |  |
|  | 15b.  Health insurance | 15b. |  |
|  | 15c.  Vehicle insurance | 15c. | **$338.00** |
|  | 15d.  Other insurance.  Specify:  **security system** | 15d. | **$78.00** |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |  |
| **17.** | **Installment or lease payments:** |  |  |
|  | 17a.  Car payments for Vehicle 1    **2020 Toyota 4Runner** | 17a. | **$995.75** |
|  | 17b.  Car payments for Vehicle 2    **2020 Tri-Glide** | 17b. | **$649.50** |
|  | 17c.  Other.  Specify: **2020 Toyota Rav 4 Lease** | 17c. | **$462.39** |
|  | 17d.  Other.  Specify: **2019 Pace Tandem Trailer** | 17d. | **$188.25** |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. |  |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. |  |
| **20.** | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** |  |  |
|  | 20a.  Mortgages on other property | 20a. |  |
|  | 20b.  Real estate taxes | 20b. |  |
|  | 20c.  Property, homeowner's, or renter's insurance | 20c. |  |
|  | 20d.  Maintenance, repair, and upkeep expenses | 20d. |  |
|  | 20e.  Homeowner's association or condominium dues | 20e. |  |

Debtor 1    **James Varga** _____    Case number (if known)    **21-41656-7** _____

**21.  Other.**  Specify: _____    21.    **+** _____

**22.  Calculate your monthly expenses.**

22a.  Add lines 4 through 21.    22a.    **$4,778.89**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.    _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c.    **$4,778.89**

**23.  Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.    **$4,160.54**

23b.  Copy your monthly expenses from line 22c above.    23b.    **–**    **$4,778.89**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c.    **($618.35)**

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  | Explain here:
**None.**