

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2021**

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| James Varga, | § | Case No. 21-41656-ELM-7 |
| | § | |
| | § | |
| Debtor. | § | |

### Agreed Order on Motion for a Rule 2004 Examination of James Varga

On this day came on to be considered the Agreed Motion of the United States Trustee for a Rule 2004 Examination, and the Court finding that good cause exists to grant the Motion and that Debtor James Varga does not oppose the relief requested, it is therefore

**ORDERED** that Debtor James Varga shall appear for a Rule 2004 examination before a

court reporter on **Friday, November 5, 2021 at 9:30 am CT** via video teleconference; it is further

**ORDERED** that, subject to the reservation listed below, Debtors shall produce the documents listed in Exhibits A and B of the United States Trustee's Motion for a Rule 2004 Examination on or before **Friday, October 22, 2021 at 5:00 pm CT** via electronic files to the attention of Erin Schmidt at Erin.Schmidt2@usdoj.gov or in such other manner as mutually agreeable between Debtor's counsel and counsel for the United States Trustee; it is further

***END OF ORDER***

Agreed to by


 /s/ Richard Fiori Tallini (with permission by EMS)
Richard Fiori Tallini
Attorney for Debtor
1300 Summit Ave #650
Fort Worth, TX 76102
817.635.7052 Direct Line
817.592.5958 Fax
rtallini@galyen.com


/s/ Erin Marie Schmidt
Erin Marie Schmidt,
Trial Attorney, Office of the United States Trustee
Texas State Bar No. 24033042

Form of Order Prepared by:
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov