| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James** _____ **Varga** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | _____ |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-41656-7** |

☑ Check if this is an amended filing

Official Form 107

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**   04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the last calendar year:** <br> (January 1 to December 31, **2020**) YYYY | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $7,916.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2019**) YYYY | ☒ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $135,000.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Unemployment Income** | $16,994.00 | | |
| **For the last calendar year:** <br> (January 1 to December 31, **2020**) YYYY | **Unemployment Income** | $7,916.00 | | |
| **For the calendar year before that:** <br> (January 1 to December 31, **2019**) YYYY | | | | |

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Toyota Financial Services**<br>Creditor's name<br>**Attn: Bankruptcy**<br>Number   Street<br>**PO Box 8026**<br>**Cedar Rapids**   **IA**   **52409**<br>City   State   ZIP Code | | $1,387.17<br>**Reegular monthly paymnets** | | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Toyota Financial Services**<br>Creditor's name<br>**Attn: Bankruptcy**<br>Number   Street<br>**PO Box 8026**<br>**Cedar Rapids**   **IA**   **52409**<br>City   State   ZIP Code | | $2,987.25<br>**regular monthly payments** | $58,377.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Harley Davidson Financial**<br>Creditor's name<br>**Attn: Bankruptcy**<br>Number   Street<br>**PO Box 22048**<br>**Carson City**   **NV**   **89721**<br>City   State   ZIP Code | | $1,978.50<br>**regular monthly payments** | $40,444.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Motorcycle** |

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo** | | Court Name | ☐ Pending |
| | | Number  Street | ☐ On appeal |
| Case number **4:17-cv-00265-Y** | | | ☐ Concluded |
| | | City  State  ZIP Code | |

Debtor 1 **James Varga**     Case number (if known) 21-41656-7

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Mudd et al vs. Varga, et al**<br><br>Case number 352-317210-20 | DAVID MUDD; MUDD HOLDINGS, LLC; QUEST IRA, INC. FBO DAVID P. MUDD; QUEST TRUST COMPANY FBO DAVID P. MUDD; AUGUSTINE GARDINO; AND DOING THE TALK, LLC, Plaintiffs VS.<br>JAMES "JIMMY" VARGA III; PARTNERS W/BENEFITS, LLC; PARTNERS W/BENEFITS INVESTMENT HOLDING GROUP, LLC; PARTNERS W/BENEFITS PROPERTY GROUP, LLC; WE'RE HOME REAL ESTATE HOLDINGS, LLC; PWB DEVELOPMENT & CONSTRUCTION, LLC; PWB DEVELOPMENT CORP.; PWB HRLS₁ HAM, LLC; PWB LENDING, LLC; PWB₁ PG-IHG, LLC; PWB DEVELOPMENT FUND, LLC; PWB TEXAS PROPERTY GROUP, LLC; WELCOME HOME STAGING & DÉCOR, LLC; R3 RESICOM DEVELOPMENT & CONSTRUCTION, LLC; STRAJAC, LLC; COMO-LAKE VS. PWB-PG, LLC; LAKE COMO CENTER, LLC; COMO-LAKE RESIDENTS FUND, LLC; KEEP CALM HEAVENLY SPA, LLC; KEEP CALM WATER SUPPLY, LLC; MJ FOOT SPA, LLC; COMMUNITY OF THREE OAKS, LLC; LINWOOD TOWNHOMES COMMUNITY, LLC; AND KATHERINE VILLARREAL Defendants. | IN THE DISTRICT COURT OF TARRANT County 17th JD<br>Court Name<br><br>Number   Street<br>**Tarrant County**<br><br>FTW     TX<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Frosto et al. vs. Varga et al.**<br><br>Case number 352-317210-20 | "<br><br>MARY FROSTO, ASHLEY MUGO, SHANE SUTTON, DEREK LEONARD, DAVID REX, CYNTHIA PULLEN, JAVIER VILLARREAL, SUHENDRA UTET, DIBYENDU MUKHERJEE, NIANQI WANG, RAJIV ROY, JENG THITIKARN, AND MARTHA SAPIEN, Plaintiffs,<br>VS.<br>JAMES VARGA, III, aka JIMMY VARGA, KATHERINE VILLARREAL, PARTNERS WITH BENEFITS PROPERTY GROUP, LLC, AND WE'RE HOME REAL ESTATE HOLDINGS, LLC Defendants." | IN THE DISTRICT COURT 352ND JUDICIAL DISTRICT<br>Court Name<br>**Tarrant County**<br>Number   Street<br><br>FTW     TX<br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1 **James Varga**  Case number (if known) **21-41656-7**

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Regions Bank** | **2017 Chevy PU** | | **$25,000.00** |
| Creditor's Name | | | |

**PO Box 11007**
Number Street

**Explain what happened**
☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**Birmingham**   **AL**   **35288**
City                State   ZIP Code

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Debtor held at gunpoint, computers, keys, DL, $600 cash, $12500 in Bank Accounts unrecovered, credit cards, iPhone, damage to vehcile and, laptop stolen** | | **11/02/2020** | **$17,100.00** |

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Bailey & Galyen** | | | |
| **1300 Summit Ave, Suite 650** (Number Street) | | | $3,200.00 |
| | | | |
| **Fort Worth**, **TX** **76102** (City, State, ZIP Code) | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1 **James Varga**      Case number (if known) **21-41656-7**

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Prosperity Bank USA**<br>Name of Financial Institution<br>**4100 S Bowen Rd.**<br>Number   Street<br><br>**Arlington**    **TX**    **76016**<br>City    State    ZIP Code | XXXX- **5 0 1 4** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 11/03/2020 | $138.05 |
| **Prosperity Bank USA**<br>Name of Financial Institution<br>**4110 S Bowen Rd**<br>Number   Street<br><br>**Arlington**    **TX**    **76016**<br>City    State    ZIP Code | XXXX- **8 6 3 3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 11/12/2020 | ($578.48) |
| **Prosperity Bank USA**<br>Name of Financial Institution<br>**4100 S Bowen Rd**<br>Number   Street<br><br>**Arlington**    **TX**    **76016**<br>City    State    ZIP Code | XXXX- **7 3 7 3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 5/26/2021 | $1,700.00 |
| **Prosperity Bank USA**<br>Name of Financial Institution<br>**4110 S Bowen**<br>Number   Street<br><br>**Arlington**    **TX**    **76016**<br>City    State    ZIP Code | XXXX- **4 1 0 1** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 5/26/21 | $87.00 |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page 8

Debtor 1   **James Varga**        Case number (if known) **21-41656-7**

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

## Part 9: Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes. Fill in the details.

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Fill in the details.

**25.** Have you notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Fill in the details.

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Fill in the details.

Debtor 1     **James Varga**            Case number (if known)    **21-41656-7**

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ **No.** None of the above applies. Go to Part 12.
- ☑ **Yes.** Check all that apply above and fill in the details below for each business.

| Business | Nature of business | EIN / Dates |
|---|---|---|
| **ATT MEDICAL-HAM, LLC** (Business Name)<br>**4215 Southcrest Drive** (Number Street)<br>Arlington, TX 76013 | NON-RELAVENT TO THE PWB COMPANIES / STAFFING COMPANY IN 2015-2016 MR VARGA WAS A CONSULTANT & ATT-HAM WAS FORMED FOR A BUYOUT THAT NEVER MATURED<br>Name of accountant or bookkeeper: SAMUEL APPIAH 817-262-0502 | EIN: 32-0632133<br>Dates business existed<br>From 03/21/2017 To Forfeit |
| **CBD HEAVENLY SPA, LLC** (Business Name)<br>**5840 W INTERSTATE 20 STE 235** (Number Street)<br>Arlington, TX 76017 | FORMED AS A RETAIL BUSINESS AND SHORTLY AFTER THE CBD MARKET CRASHED FUNDS WERE BORROWED FROM KABBAGE LENDING. AFTER LOSING 12/2019 IT REOPENED AS KEEP CALM WATER SUPPLY LLC, SINCE IT HAD RIGHTS TO SELL WATER MACHINES. BUT DUE TO LAWSUITS SLANDERIOUS REMARKS FROM NON VESTED INVESTORS, KEEP CALM LOST ITS RIGHTS AND HAD TO CLOSE THE DOORS DUE TO KNOW BUSINESS<br>Name of accountant or bookkeeper: Sam Appiah | EIN: 32-0710408<br>Dates business existed<br>From 06/13/2019 To Forfeit |
| **COMMUNITY of THREE OAKS, LLC** (Business Name)<br>**5840 W INTERSTATE 20 STE 235** (Number Street)<br>Arlington, TX 76017 | HARD COPIES IN STORAGE / SOFT IN BOOKS QUICKBOOK SERVER VERSION ONLY<br>Name of accountant or bookkeeper: Sam Appiah | EIN: 32-0698640<br>Dates business existed<br>From 02/26/2019 To Forfeit |

Debtor 1  **James Varga**   Case number (if known) **21-41656-7**

**COMO-LAKE RESIDENCE FUND, LLC**
Business Name

**5840 W I-20 Suite 235**
Number    Street

**Arlington      TX    76017**
City           State  ZIP Code

**Describe the nature of the business**
Como LLCs - was used with additional LLC's to redevelop COMO LAKE COMMUNITY. In addition, many of the LLC's were established by Danna Bradshaw an assistant to Mr. Varga and Sam Appiah. She had an official letter giving her power of attorney to operate and prepare needed info for operating the companies of PWB Companies.

**Name of accountant or bookkeeper**
Sam Appiah

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 7 1 2 7 3 0**

**Dates business existed**

From **07/08/2019**   To **Inv. Termed**

---

**COMO-LAKE VS PWB-PG, LLC**
Business Name

**5840 West I-20 Suite 235**
Number    Street

**Arlington      TX    76017**
City           State  ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**
Sam Appiah

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 7 0 8 8 7 4**

**Dates business existed**

From **May 28, 2019**   To **Forfeit**

---

**KEEP CALM NATURALLY HEALING,**
Business Name

**5840 W INTERSTATE 20 STE 235**
Number    Street

**ARLINGTON      TX    76017**
City           State  ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**
Sam Appiah

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 7 1 5 7 4 4**

**Dates business existed**

From **August 7, 2019**   To **Forfeit**

---

**KEEP CALM WATER SUPPLY, LLC**
Business Name

**4215 Southcrest DR**
Number    Street

**Arlington      TX    76013**
City           State  ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**
Sam Appiah

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 7 2 9 2 8 0**

**Dates business existed**

From **December 30, 20**   To **In Existance**

---

**Lake Como Center, LLC**
Business Name

**5840 W I-20 Suite 235**
Number    Street

**Arlington      TX    76017**
City           State  ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**
Sam Appiah

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 7 1 2 7 3 0**

**Dates business existed**

From **July 8, 2019**   To **Inv. Termedf**

---

Debtor 1 **James Varga**  Case number (if known) **21-41656-7**

**LINWOOD TOWNHOMES COMMUNIT**
Business Name

**5840 W INTERSTATE 20 STE 235**
Number    Street

**Arlington         TX    76017**
City              State  ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper
**Sam**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 6 9 8 6 4 6**

Dates business existed

From **bruary 26, 20**   To   **Forfeit**

---

**PARTNERS W/ BENEFITS INV HOLDI**
Business Name

**4215 Southcrest Dr**
Number    Street

**Arlington         TX    76013**
City              State  ZIP Code

Describe the nature of the business
Founded by Mr. Varga on 3/21/2018, due to the amount of investors that wanted to invest in our companies, our attorneys and CPA's suggested it was time to form a company were the investment would come in and be disbursed from there, based on the need of funds required to operate the companies.  Partners With Benefits Investment Holding Group, LLC – This is the same as PWB-PG-IHG, LLC

Name of accountant or bookkeeper
**Sam**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 6 3 2 1 3 4**

Dates business existed

From **larch 21, 201**   To   **FORFEIT**

---

**PWB DEVELOPMENT & CONSTRUCT**
Business Name

**5840 W I 20 STE 235**
Number    Street

**Arlington         TX    76017**
City              State  ZIP Code

Describe the nature of the business
Not operating

Name of accountant or bookkeeper
**Sam**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 7 2 0 2 8 1**

Dates business existed

From **9/23/19**   To   **Existing**

---

**PWB DEVELOPMENT FUND, LLC**
Business Name

**5840 W I-20 Suite 235**
Number    Street

**Arlington         TX    76017**
City              State  ZIP Code

Describe the nature of the business
Partners W/Benefits, LLC – Founded by Mr. Varga on 8/25/2015 as a consulting and operating company regarding investment lending, real estate, renovation, and construction. Eventually PWB, LLC became the main operating and management company.•

PWB Development Fund, LLC – Founded by Mr. Varga on 11/06/2018 was used as a hold and transfer of funds for operating and the potential of development costs when they arose from time to time.  Was also used as supplementally funds when a potential shortage would arise."

Name of accountant or bookkeeper
**Sam**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **3 2 – 0 6 8 8 5 0 1**

Dates business existed

From **vember 5, 20**   To   **Forfeit**

---

Debtor 1 **James Varga**     Case number (if known) **21-41656-7**

| | | |
|---|---|---|
| **PWB HRLS-HAM, LLC**<br>Business Name<br>**4215 Southcrest Dr**<br>Number  Street<br><br><br>**Arlington**  **TX**  **76013**<br>City  State  ZIP Code | **Describe the nature of the business**<br>· PWB Lending, LLC – Founded by Mr. Varga on 08/23/2017 was PWB Lending, LLC an investment lending broker. In addition, we recruited Angie Matthews and requested she acquire a NMLS licensed so PWB Lending could perform more than 4 self-funded investment notes for investors that had more than 4 per year and needed to clean up their portfolio before certain restrictions would be enforced on them to meet regulations for Dodd-Frank. Additionally, Mrs. Matthews would also be able to Originate Owner-Occupied Loans for any of the lenders that broker through independent brokers like PWB Lending LLC.<br><br>**Name of accountant or bookkeeper**<br>Sam | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **3 2 – 0 6 3 2 1 3 5**<br><br>**Dates business existed**<br><br>From **larch 21, 201**  To **Forfeit** |
| **PWG-IHG BENEFIT ASSURANCE, LL**<br>Business Name<br>**5840 W INTERSTATE 20 STE 235**<br>Number  Street<br><br><br>**Arlington**  **TX**  **76017**<br>City  State  ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper**<br>Sam | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **3 2 – 0 6 3 2 4 1 5**<br><br>**Dates business existed**<br><br>From **larch 22, 201**  To **Exists** |
| **PWG-PG-IHG, LLC**<br>Business Name<br>**5840 W I-20 Suite 235**<br>Number  Street<br><br><br>**Arlington**  **TX**  **76017**<br>City  State  ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper**<br>Sam | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **3 2 – 0 6 6 6 0 1 1**<br><br>**Dates business existed**<br><br>From **larch 20, 201**  To **Exists** |
| **R3 RESICOM DEVELOPMENTS & CC**<br>Business Name<br>**5840 W I-20, Suite 235**<br>Number  Street<br><br><br>**Arlington**  **TX**  **76017**<br>City  State  ZIP Code | **Describe the nature of the business**<br>· R3 ResiCom Development and Construction, LLC – Founded by Mr. Varga on 12/19/2017 was the real estate acquisition and holding company. After many GC challenges with contracted GC's, PWB PG LLC researched and met with a couple GC partners looking for someone that was interested in operating RS ResiCom. Mr. Varga reached out to the Investor Group and Mary A. Frosto introduced Scott Irvin to our companies.<br><br>**Name of accountant or bookkeeper**<br>Sam | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **3 2 – 0 6 5 7 1 4 1**<br><br>**Dates business existed**<br><br>From **:ember 18, 2(**  To **Exists** |

Debtor 1    **James Varga**          Case number (if known)   **21-41656-7**

| Business | Address | Nature / Accountant | EIN & Dates |
|---|---|---|---|
| **REGAL REI SERVICES, LLC** | 5840 W Interstate 20, Suite 235<br>Arlington, TX 76017 | Describe the nature of the business<br><br>Name of accountant or bookkeeper: Sam | EIN: 32-0642915<br>Dates business existed<br>From July 13, 2017 To Exists |
| **SPARKIT MARKETING & CONSULTIN** | 4215 Southcrest Dr<br>Arlington, TX 76013 | Describe the nature of the business<br><br>Name of accountant or bookkeeper: Sam | EIN: 32-0347128<br>Dates business existed<br>From bruary 13, 20 To Exists |
| **TEXAS TRIPLE AIM HOLDING GROU** | 4215 Southcrest Dr<br>Arlington, TX 76013 | Describe the nature of the business<br><br>Name of accountant or bookkeeper: Sam | EIN: 32-0632131<br>Dates business existed<br>From larch 21, 201 To Exists |
| **WE'RE HOME STAGING AND DÉCOR** | 5840 W I-20 Suite 235<br>Arlington, TX 76017 | Describe the nature of the business<br><br>Name of accountant or bookkeeper: Sam | EIN: 32-0700451<br>Dates business existed<br>From larch 12, 201 To Forfeit |
| **PARTNERS W/BENEFITS PROPERTY** | 4215 Southcrest Dr<br>Arliongton, TX 76013 | Describe the nature of the business<br>PARTNERS W/BENEFITS PROPERTY GROUP, LLC<br>Founded by Mr. Varga on 5/3/2017 was the real estate acquisition and holding company.<br><br>Name of accountant or bookkeeper: Sam | EIN: 32-0632131<br>Dates business existed<br>From larch 21, 201 To Exists |

Debtor 1 **James Varga**          Case number (if known) **21-41656-7**

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ James Varga**          X _____
James Varga, Debtor 1          Signature of Debtor 2

Date **11/02/2021**          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).