IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-41656-ELM |
| | § | |
| JAMES VARGA | § | CHAPTER 7 |
| | § | |
| | § | |
| DEBTOR | § | |

**CHAPTER 7 TRUSTEE'S REPORT OF §341 MEETING OF CREDITORS HELD**

The Chapter 7 Trustee reports that the Meeting of Creditors pursuant to §341 of the Bankruptcy Code was held and concluded on November 17, 2021, at 1:00 PM.  The Trustee has not made a determination on whether this is an asset case.

Respectfully submitted,

*/s/ Shawn K. Brown*
State Bar No.  03170490
P.O. Box 93749
Southlake, TX 76092
Phone (817) 488-6023
Fax (888) 688-4621
shawn@browntrustee.com

CHAPTER 7 TRUSTEE