

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 23, 2021

_____
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | § | CASE NO. 21-41656-7 |
|---|---|---|
| James Varga | § | |
| Debtor(s) | § | |

## ORDER GRANTING MOTION FOR EXTENSDION OF
## TIME TO OBJECT TO DISCHARGE

On this date the Court considered Debtor's Motion for Extension of Time to Object to Discharge. After considering Debtor's application, the Court finds that good cause exists to grant the relief requested.

It is therefore **ORDERED** that the deadline to Object to Discharge is extended to December 21, 2021.

# # # End of Order # # #

Prepared By:

Richard Fiory Tallini
State Bar No. 24093548
BAILEY & GALYEN
1300 Summit Avenue
Suite 650
Fort Worth, Texas 76102
817.376.6000
email: rtallini@galyen.com