

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 20, 2022**

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Chapter 7** |
| § | **Case No. 21-41656-ELM-7** |
| **JAMES VARGA,** § | |
| Debtor § | |

### ORDER LIFTING STAY

On April 13, 2022, came on before the Court, the Motion of Affirm Property Holdings, LLC, Movant, for relief from the Automatic Stay. Movant represented to the Court that it had served the motion in accordance with all applicable rules. No response in opposition was timely filed. Therefore, the Court is of the opinion the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay afforded by 11 U.S.C. §362 is hereby lifted with respect to Movant to enable Movant to proceed with the filing and consideration of Affirm Property Holdings, LLC's Motion To Release/ Expunge Lis Pendens in the 352nd District Court, Tarrant County, Texas. Movant can pursue its

state law remedies regarding the real property located at 1260 E. Magnolia Avenue, Fort Worth, Texas 76104 ("Property"), and this Order is immediately enforceable upon its entry and the automatic stay is immediately lifted with respect to Movant and the Property without regard to Bankruptcy Rule 4001(a)(3).

# # # # #END OF ORDER# # # #